UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

AURELIUS CAPITAL MASTER, LTD.;
ACP MASTER, LTD.; AURELIUS
OPPORTUNITIES FUND, LLC; 683
CAPITAL PARTNERS, LP; ADONA LLC;
EGOZ I LLC; EGOZ II LLC; MASTERGEN,
LLC; ERYTHRINA, LLC; AP 2016 1, LLC;
AP 2014 3A, LLC; AP 2014 2, LLC; WASO
HOLDING CORPORATION; TWO SEAS
GLOBAL (MASTER) FUND LP; VIRTUAL
EMERALD INTERNATIONAL LTD.; and
THE BANK OF NEW YORK MELLON,
solely in its capacity as Trustee,

                      Plaintiffs,

                    v.

THE REPUBLIC OF ARGENTINA,

                      Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Case No.:  1:23-CV-10838 (LAP)

## STIPULATION AND ORDER

       Defendant The Republic of Argentina (the "Republic"), through its counsel, and

Plaintiffs Aurelius Capital Master, Ltd., ACP Master, Ltd., Aurelius Opportunities Fund, LLC,

683 Capital Partners, LP, Adona LLC, Egoz I LLC, Egoz II LLC, Mastergen, LLC, Erythrina,

LLC, AP 2016 1, LLC, AP 2014 3A, LLC, AP 2014 2, LLC, WASO Holding Corporation, Two

Seas Global (Master) Fund LP, Virtual Emerald International Ltd., and the Bank of New York

Mellon (together, "Plaintiffs"), through their respective counsel, hereby stipulate and agree as

follows:

       WHEREAS, between January 2019 and December 2020, certain plaintiffs,

including twelve of the Plaintiffs in this action, filed suit against the Republic alleging that payment

was due under U.S. dollar-denominated GDP-linked securities (the "Securities") for reference year 2013 (the "RY 2013 Actions")[1];

WHEREAS, on October 2, 2023, briefing was fully submitted in the RY 2013 Actions on cross-motions for summary judgment;

WHEREAS, on December 13, 2023, Plaintiffs filed their complaint in this action (ECF No. 1, the "Complaint"), alleging that payment was due under the Securities for reference years following 2013; and

WHEREAS, the Republic's response to the Complaint is currently due on February 12, 2024 (ECF No. 9).

IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN the undersigned counsel as follows:

1.     The Republic's time to answer, move to dismiss, or otherwise respond to the Complaint is extended to 60 days after the Court rules on the cross-motions for summary judgment in the RY 2013 Actions.

2.     The Republic does not waive and expressly retains all defenses and objections to the Complaint, except for defenses and objections based on a defect in service of process in this action.  The defenses and objections that the Republic retains include but are not limited to defenses and objections related to (i) any applicable statutes of limitation or prescription periods and (ii) any other challenge to the legal sufficiency of Plaintiffs' claims.

---

[1]     There are six RY 2013 Actions in total: *Aurelius Capital Master, Ltd.* v. *The Republic of Argentina*, 19-cv-0351-LAP; *ACP Master, Ltd.* v. *The Republic of Argentina*, 19-cv-10109-LAP; *Novoriver S.A.* v. *The Argentine Republic*, 19-cv-09786-LAP; *683 Capital Partners, LP* v. *The Republic of Argentina*, 19-cv-10131-LAP; *Adona LLC, et. al.* v. *The Republic of Argentina*, 19-cv-11338; and *Ape Group SPA, et. al.* v. *The Republic of Argentina*, 20-cv-10409.

Dated:  January 23, 2024

/s/ Robert J. Giuffra, Jr.
Robert J. Giuffra, Jr.
Sergio J. Galvis
Amanda Flug Davidoff
Thomas C. White

SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004-2498
Telephone:     (212) 558-4000
Facsimile:      (212) 558-3588

*Counsel for The Republic of Argentina*

/s/ Edward A. Friedman
Edward A. Friedman
Daniel B. Rapport
Michael Palmieri

FRIEDMAN KAPLAN SEILER &
ADELMAN LLP
7 Times Square
New York, New York  10036
Telephone:  (212) 833-1100
Facsimile:  (212) 833-1250

*Counsel for Plaintiffs Aurelius Capital Master,
Ltd. and ACP Master, Ltd., Aurelius
Opportunity Fund LLC, and the Bank of New
York Mellon*

s/ Matthew S. Salerno
Matthew S. Salerno

LATHAM & WATKINS LLP
885 Third Avenue
New York, New York  10022
Telephone:     (212) 906-1200
Facsimile:      (212) 751-4864

*Counsel for Plaintiffs Adona LLC, Egoz I
LLC, Egoz II LLC, Mastergen, LLC,
Erythrina, LLC, AP 2016 1, LLC, AP 2014
3A, LLC, AP 2014 2, LLC, WASO Holding
Corporation, Two Seas Global (Master)
Fund LP, and Virtual Emerald
International Ltd.*

/s/ Matthew M. Riccardi
Matthew M. Riccardi
H. Rowan Gaither IV
Jacob Taber

PERKINS COIE LLP
1155 Avenue of the Americas, 22nd Floor
New York, New York  10036-2711
Telephone:  (212) 530-1800
Facsimile:  (212) 530-1801

*Counsel for Plaintiff 683 Capital Partners, LP*

IT IS SO ORDERED, this 24th day of January, 2024:

_____
Hon. Loretta A. Preska
United States District Judge