**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

AURELIUS CAPITAL MASTER, LTD.; ACP
MASTER, LTD.; AURELIUS OPPORTUNITIES
FUND, LLC; 683 CAPITAL PARTNERS, LP;
ADONA LLC; EGOZ I LLC; EGOZ II LLC;
MASTERGEN, LLC; ERYTHRINA, LLC; AP
2016 1, LLC; AP 2014 3A, LLC; AP 2014 2, LLC;
WASO HOLDING CORPORATION; TWO SEAS
GLOBAL (MASTER) FUND LP; VIRTUAL
EMERALD INTERNATIONAL LTD. and THE
BANK OF NEW YORK MELLON, solely in its
capacity as Trustee,

                         Plaintiffs,

                - against -

THE REPUBLIC OF ARGENTINA,

                   Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Case No.:  1:23-CV-10838 (LAP)

The Honorable Loretta A. Preska

**ORAL ARGUMENT**
**REQUESTED**

## DECLARATION OF ROBERT J. GIUFFRA, JR.

      I, Robert J. Giuffra, Jr., pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury as follows:

      1.    I am a member of the bar of this Court and a partner of Sullivan & Cromwell LLP, counsel to Defendant the Republic of Argentina in the above-captioned action.  I make this Declaration in order to place before this Court certain documents referenced in Defendant's Memorandum of Law in Support of its Motion to Dismiss the Complaint.

      2.    Attached hereto are true and correct copies of the following:

International Monetary Fund Press Release, dated February 1, 2012, available at    Exhibit 1
https://www.imf.org/en/News/Articles/2015/09/14/01/49/pr1230

International Monetary Fund Press Release, dated February 1, 2013, available at    Exhibit 2
https://www.imf.org/en/News/Articles/2015/09/14/01/49/pr1333

International Monetary Fund Press Release, dated December 9, 2013, available at https://www.imf.org/en/News/Articles/2015/09/14/01/49/pr13497     Exhibit 3

United Nations Development Programme, *Analysis of Likely Implications on Rebasing the GDP of Kenya*, dated October 2014 (excerpted)     Exhibit 4

The Republic of Argentina Ministry of Economy Press Release, dated December 15, 2014, available at https://www.argentina.gob.ar/sites/default/files/comu_prensa_unidad_pbi_2014, with English translation[1]     Exhibit 5

INDEC Press Release with Chart of GDP Figures in the 1993 Base Year, dated July 1, 2024, available at https://www.indec.gob.ar/ftp/documentos/nota_metodologica_cumplimiento_orden_judicial.pdf, with English translation     Exhibit 6

Final Order, *Palladian Partners L.P. and ors* v *The Republic of Argentina and Anor*, FL-2019-000010, dated June 9, 2023     Exhibit 7

Judgment, *Palladian Partners L.P. and ors* v *The Republic of Argentina and Anor*, [2023] EWHC 711 (Comm), dated April 5, 2023 (excerpted)     Exhibit 8

Executed on July 2, 2024 in New York, New York.



*/s/ Robert J. Giuffra, Jr.*
Robert J. Giuffra, Jr.

---

[1] "English translation" denotes that the Exhibit includes a certified English translation, a copy of the Spanish original, and a translation certification.