# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, New York 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.
BRUSSELS • FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

July 2, 2024

By ECF

Hon. Loretta A. Preska,
   United States District Court for the Southern District of New York,
     500 Pearl Street,
       New York, New York 10007.

      Re:   *Aurelius Capital Master, Ltd. et al.* v. *The Republic of Argentina*, No. 23-cv-10838 (LAP)

Dear Judge Preska:

      I write on behalf of the Republic of Argentina (the "Republic") in connection with the above-captioned action. Pursuant to Rule 2.D of the Court's Individual Practices, the Republic respectfully requests oral argument on the Republic's Motion to Dismiss (ECF No. 22).

      Respectfully,

      */s/ Robert J. Giuffra, Jr.*
      Robert J. Giuffra, Jr.

cc:   Counsel of Record