UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

AURELIUS CAPITAL MASTER, LTD.;　　　:
ACP MASTER, LTD.; AURELIUS　　　　　:
OPPORTUNITIES FUND, LLC; 683　　　　:
CAPITAL PARTNERS, LP; ADONA LLC;　　:
EGOZ I LLC; EGOZ II LLC; MASTERGEN, :
LLC; ERYTHRINA, LLC; AP 2016 1, LLC; :
AP 2014 3A, LLC; AP 2014 2, LLC; WASO :
HOLDING CORPORATION; TWO SEAS　　:
GLOBAL (MASTER) FUND LP; VIRTUAL　:
EMERALD INTERNATIONAL LTD.; and　　:
THE BANK OF NEW YORK MELLON,　　　:
solely in its capacity as Trustee,　　　　:
　　　　　　　　　　　　　　　　　　:
　　　　　　　　　Plaintiffs,　　　　　:
　　　　　　　　　　　　　　　　　　:
　　　v.　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　:
THE REPUBLIC OF ARGENTINA,　　　　:
　　　　　　　　　　　　　　　　　　:
　　　　　　　　　Defendant.　　　　　:

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Case No.:  1:23-CV-10838 (LAP)

## STIPULATION AND [PROPOSED] ORDER

Plaintiffs Aurelius Capital Master, Ltd., ACP Master, Ltd., Aurelius Opportunities Fund, LLC, 683 Capital Partners, LP, Adona LLC, Egoz I LLC, Egoz II LLC, Mastergen, LLC, Erythrina, LLC, AP 2016 1, LLC, AP 2014 3A, LLC, AP 2014 2, LLC, WASO Holding Corporation, Two Seas Global (Master) Fund LP, Virtual Emerald International Ltd., and The Bank of New York Mellon, solely in its capacity as Trustee (together, "Plaintiffs"), and Defendant The Republic of Argentina (the "Republic"), through their respective counsel, hereby stipulate and agree as follows:

WHEREAS, on December 13, 2023, Plaintiffs filed their complaint in this action (ECF No. 1, the "Complaint");

WHEREAS, pursuant to a May 24, 2024 Stipulation and Order (ECF No. 21), the Republic moved to dismiss the Complaint on July 2, 2024 (ECF Nos. 22-24, the "Motion to Dismiss");

WHEREAS, Plaintiffs intend to amend their Complaint to address matters raised by the Republic in its Motion to Dismiss;

WHEREAS, pursuant to a September 16, 2024 Stipulation and Order (ECF No. 29), the Court extended Plaintiffs' time to oppose the Motion to Dismiss until October 8, 2024 "to provide time for the parties to consider a possible amendment of the Complaint;"

WHEREAS, on September 27, 2024, Plaintiffs provided the Republic's counsel with a copy of their proposed Amended Complaint, a copy of which is attached as **Exhibit A** hereto (the "Amended Complaint") and a blackline comparing the Complaint and the Amended Complaint, a copy of which is attached as **Exhibit B** hereto, and requested the Republic's consent to the filing of the Amended Complaint; and

WHEREAS, pursuant to an October 8, 2024 Stipulation and Order (ECF No. 31), the Court extended Plaintiffs' time to oppose the Motion to Dismiss until October 22, 2024 "to provide time for the parties to consider a possible amendment of the Complaint;"

IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN the undersigned counsel as follows:

1.    Pursuant to FED. R. CIV. P. 15(a)(2), the Republic consents to Plaintiffs' filing of the Amended Complaint.

2.    Plaintiffs shall file the Amended Complaint within three (3) days of the date this Stipulation is SO ORDERED and docketed by the Court.

4890-4986-4681.1

3.      The Republic shall answer or move to dismiss the Amended Complaint within 60 days of the filing of the Amended Complaint.

4.      The Clerk of Court is directed to terminate the Motion To Dismiss (ECF No. 22) in light of the Amended Complaint.

Dated:  October 21, 2024

/s/ Robert J. Giuffra, Jr.
Robert J. Giuffra, Jr.
Sergio J. Galvis
Amanda Flug Davidoff
Thomas C. White

SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004-2498
Telephone:    (212) 558-4000
Facsimile:    (212) 558-3588

*Counsel for The Republic of Argentina*

/s/ Edward A. Friedman
Edward A. Friedman
Daniel B. Rapport
Michael S. Palmieri

FRIEDMAN KAPLAN SEILER
ADELMAN & ROBBINS LLP
7 Times Square
New York, New York  10036
Telephone:  (212) 833-1100
Facsimile:  (212) 833-1250

*Counsel for Plaintiffs Aurelius Capital Master, Ltd., ACP Master, Ltd., Aurelius Opportunity Fund LLC, and Plaintiff The Bank of New York Mellon, solely in its capacity as Trustee*

/s/ Matthew S. Salerno
Matthew S. Salerno
Ryan M. Schachne

LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, New York  10020
Telephone:    (212) 906-1200
Facsimile:    (212) 751-4864

*Counsel for Plaintiffs Adona LLC, Egoz I LLC, Egoz II LLC, Mastergen, LLC, Erythrina, LLC, AP 2016 1, LLC, AP 2014 3A, LLC, AP 2014 2, LLC, WASO Holding Corporation, Two Seas Global (Master) Fund LP, and Virtual Emerald International Ltd.*

/s/ Matthew M. Riccardi
Matthew M. Riccardi
H. Rowan Gaither IV
Jacob Taber

PERKINS COIE LLP
1155 Avenue of the Americas, 22nd Floor
New York, New York  10036-2711
Telephone:  (212) 530-1800
Facsimile:  (212) 530-1801

*Counsel for Plaintiff 683 Capital Partners, LP*

4890-4986-4681.1

IT IS SO ORDERED, this ___ day of October, 2024:


_____
Hon. Loretta A. Preska
United States District Judge

4890-4986-4681.1