UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------- x
AURELIUS CAPITAL MASTER, LTD.;
ACP MASTER, LTD.; AURELIUS
OPPORTUNITIES FUND, LLC; 683
CAPITAL PARTNERS, LP; ADONA LLC;
EGOZ I LLC; EGOZ II LLC; MASTERGEN,
LLC; ERYTHRINA, LLC; AP 2016 1, LLC;
AP 2014 3A, LLC; AP 2014 2, LLC; WASO
HOLDING CORPORATION; TWO SEAS
GLOBAL (MASTER) FUND LP; VIRTUAL
EMERALD INTERNATIONAL LTD.; and          Case No.: 1:23-CV-10838 (LAP)
THE BANK OF NEW YORK MELLON,
solely in its capacity as Trustee,

　　　　　　　　　Plaintiffs,

　　　　v.

THE REPUBLIC OF ARGENTINA,

　　　　　　　　　Defendant.
---------------------------------- x

### STIPULATION AND [~~PROPOSED~~] ORDER

Plaintiffs Aurelius Capital Master, Ltd., ACP Master, Ltd., Aurelius Opportunities Fund, LLC, 683 Capital Partners, LP, Adona LLC, Egoz I LLC, Egoz II LLC, Mastergen, LLC, Erythrina, LLC, AP 2016 1, LLC, AP 2014 3A, LLC, AP 2014 2, LLC, WASO Holding Corporation, Two Seas Global (Master) Fund LP, Virtual Emerald International Ltd., and The Bank of New York Mellon, solely in its capacity as Trustee (together, "Plaintiffs"), and Defendant The Republic of Argentina (the "Republic"), through their respective counsel, hereby stipulate and agree as follows:

4859-1704-0892.1

WHEREAS, pursuant to a Stipulation and Order dated October 21, 2024 (ECF No. 33, the "October 21 Order"), Plaintiffs filed their Amended Complaint in this action (ECF No. 34) on October 22, 2024; and

WHEREAS, pursuant to the October 21 Order, the Republic's answer or motion to dismiss with respect to the Amended Complaint is due on December 23, 2024;

IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN the undersigned counsel as follows:

1. If the Republic moves to dismiss the Amended Complaint:

    a. Plaintiffs shall file any papers in opposition to the Republic's motion to dismiss on or before March 17, 2025; and

    b. The Republic shall file any reply papers in further support of its motion to dismiss on or before April 29, 2025.

2. The Republic does not waive and expressly retains all defenses and objections to the Complaint, except for defenses and objections based on a defect in service of process in this action. The defenses and objections that the Republic retains include but are not limited to defenses and objections related to (i) any applicable statutes of limitation or prescription periods, and (ii) any other challenge to the legal sufficiency of Plaintiffs' claims.

Dated: November 18, 2024

/s/ Robert J. Giuffra, Jr.
Robert J. Giuffra, Jr.
Sergio J. Galvis
Amanda Flug Davidoff
Thomas C. White

SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004-2498
Telephone:   (212) 558-4000
Facsimile:   (212) 558-3588

*Counsel for The Republic of Argentina*

/s/ Edward A. Friedman
Edward A. Friedman
Daniel B. Rapport
Michael S. Palmieri

FRIEDMAN KAPLAN SEILER
ADELMAN & ROBBINS LLP
7 Times Square
New York, New York 10036
Telephone:  (212) 833-1100
Facsimile:   (212) 833-1250

*Counsel for Plaintiffs Aurelius Capital Master, Ltd., ACP Master, Ltd., Aurelius Opportunity Fund LLC, and Plaintiff The Bank of New York Mellon, solely in its capacity as Trustee*

/s/ Matthew S. Salerno
Matthew S. Salerno
Ryan M. Schachne

LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, New York 10020
Telephone:   (212) 906-1200
Facsimile:   (212) 751-4864

*Counsel for Plaintiffs Adona LLC, Egoz I LLC, Egoz II LLC, Mastergen, LLC, Erythrina, LLC, AP 2016 1, LLC, AP 2014 3A, LLC, AP 2014 2, LLC, WASO Holding Corporation, Two Seas Global (Master) Fund LP, and Virtual Emerald International Ltd.*

/s/ Matthew M. Riccardi
Matthew M. Riccardi
H. Rowan Gaither IV
Jacob Taber

PERKINS COIE LLP
1155 Avenue of the Americas, 22nd Floor
New York, New York 10036-2711
Telephone:  (212) 530-1800
Facsimile:   (212) 530-1801

*Counsel for Plaintiff 683 Capital Partners, LP*

SO ORDERED

/s/ Loretta A. Preska
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

11/19/24

IT IS SO ORDERED, this ___ day of November, 2024:

                                          _____
                                          Hon. Loretta A. Preska
                                          United States District Judge

4859-1704-0892.1