April 4, 2025

<u>BY ECF</u>

Hon. Loretta A. Preska
United States District Court
  for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 12A
New York, New York 10007-1312

      Re:   *Aurelius Capital Master, Ltd., et al. v. The Republic of Argentina*,
            <u>No. 23 Civ. 10838 (LAP) (S.D.N.Y.)</u>.

Dear Judge Preska:

      We write on behalf of all Plaintiffs[1] and further to our letter of March 17, 2025 (Dkt. No. 44), which requested permission to file under seal two exhibits that Plaintiffs submitted in connection with their opposition to the Republic's motion to dismiss. Specifically, Plaintiffs filed placeholders in lieu of Exhibits G and I to the Declaration of Edward A. Friedman (Dkt. Nos. 41-7 and 41-9) on ECF because the Republic had designated those documents as "Confidential." Plaintiffs submitted full copies of Exhibits G and I to the Court by email, copying the Republic's counsel.

      As noted in our letter, Plaintiffs asked the Republic to state whether it continued to assert confidentiality over Exhibits G and I on March 18. On April 1, the Republic advised that it does not assert confidentiality as to those documents. Accordingly, full versions of Exhibits G and I to the Friedman Declaration are enclosed with this letter and Plaintiffs withdraw their letter motion to seal as moot.

---

[1] Capitalized terms have the meanings ascribed to them in the March 17 letter.

4908-4374-1489.1

Hon. Loretta A. Preska  - 2 -  April 4, 2025

Respectfully submitted,

| *s/ Edward A. Friedman* | *s/ Matthew M. Riccardi* |
|---|---|
| Edward A. Friedman<br>Daniel B. Rapport<br>Michael S. Palmieri<br>Harry Liberman<br><br>FRIEDMAN KAPLAN SEILER<br>   ADELMAN & ROBBINS LLP<br>7 Times Square<br>New York, NY 10036-6516<br>(212) 833-1100<br><br>*Counsel for Plaintiffs Aurelius Capital Master, Ltd.; ACP Master, Ltd.; Aurelius Opportunities Fund, LLC; and Plaintiff The Bank of New York Mellon, solely in its capacity as Trustee* | Matthew M. Riccardi<br>H. Rowan Gaither IV<br><br>PERKINS COIE LLP<br>1155 Avenue of the Americas, 22nd Floor<br>New York, New York 10036-2711<br>(212) 530-1800<br><br>*Counsel for Plaintiff 683 Capital Partners, LP* |

*s/ Matthew S. Salerno*
Matthew S. Salerno
Ryan M. Schachne

LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, New York 10020
(212) 906-1200

*Counsel for Plaintiffs Adona LLC; Egoz I LLC; Egoz II LLC; Mastergen, LLC; Erythrina, LLC; AP 2016 1, LLC; AP 2014 3A, LLC; AP 2014 2, LLC; WASO Holding Corporation; Two Seas Global (Master) Fund LP; and Virtual Emerald International Ltd.*

Enclosures
cc: All counsel of record (by ECF)

The Clerk of the Court is respectfully directed to close the open motion to seal at dkt. no. 44. **SO ORDERED.**

*/s/ Loretta A. Preska*
Loretta A. Preska
United States District Judge

April 9, 2025
New York, New York

4908-4374-1489.1