UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

AURELIUS CAPITAL MASTER, LTD.; ACP
MASTER, LTD.; AURELIUS OPPORTUNITIES
FUND, LLC; 683 CAPITAL PARTNERS, LP;
ADONA LLC; EGOZ I LLC; EGOZ II LLC;
MASTERGEN, LLC; ERYTHRINA, LLC; AP
2016 1, LLC; AP 2014 3A, LLC; AP 2014 2, LLC;
WASO HOLDING CORPORATION; TWO SEAS
GLOBAL (MASTER) FUND LP; VIRTUAL
EMERALD INTERNATIONAL LTD. AND THE
BANK OF NEW YORK MELLON, SOLELY IN
ITS CAPACITY AS TRUSTEE,

          Plaintiffs,

- against -

THE REPUBLIC OF ARGENTINA,

          Defendant.

---------------------------------------------------------------x

No. 1:23-CV-10838 (LAP)

Hon. Loretta A. Preska

## STIPULATION AND [PROPOSED] ORDER

Plaintiff The Bank of New York Mellon, solely in its capacity as Trustee ("Plaintiff"), and Defendant The Republic of Argentina (the "Republic"), through their respective counsel, hereby stipulate and agree as follows:

WHEREAS, on October 22, 2024, Plaintiff filed the Amended Complaint in this action (ECF No. 34, the "Amended Complaint");

WHEREAS, on December 23, 2024, the Republic moved to dismiss the Amended Complaint (ECF Nos. 37-39, the "Motion to Dismiss");

WHEREAS, by Memorandum & Order dated September 29, 2025 (ECF No. 49), the Court granted in part and denied in part the Motion to Dismiss; and

4929-6361-2528.1

-2-

WHEREAS, pursuant FED. R. CIV. P. 12(a)(4)(A), the Republic must file its answer to the Amended Complaint on or before October 13, 2025;

IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN the undersigned counsel as follows:

1. The Republic's time to answer the Amended Complaint is extended to November 12, 2025.

Dated: October 7, 2025

| | |
|---|---|
| *s/ Edward A. Friedman* | *s/ Robert J. Giuffra, Jr.* |
| Edward A. Friedman | Robert J. Giuffra, Jr. |
| Daniel B. Rapport | Sergio J. Galvis |
| Michael S. Palmieri | Amanda Flug Davidoff |
| Harry Liberman | Thomas C. White |
| | |
| FRIEDMAN KAPLAN SEILER   ADELMAN & ROBBINS LLP | SULLIVAN & CROMWELL LLP |
| 7 Times Square | 125 Broad Street |
| New York, New York  10036 | New York, New York  10004-2498 |
| Telephone: (212) 833-1100 | Telephone: (212) 558-4000 |
| Facsimile: (212) 833-1250 | Facsimile: (212) 558-3588 |
| | |
| *Counsel for Plaintiff The Bank of New York Mellon, solely in its capacity as Trustee* | *Counsel for The Republic of Argentina* |

IT IS SO ORDERED, this ___ day of October, 2025:

_____
Hon. Loretta A. Preska
United States District Judge

4929-6361-2528.1