UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
AURELIUS CAPITAL MASTER, LTD.; ACP        :
MASTER, LTD.; AURELIUS OPPORTUNITIES  :
FUND, LLC; 683 CAPITAL PARTNERS, LP;       :
ADONA LLC; EGOZ I LLC; EGOZ II LLC;          :
MASTERGEN, LLC; ERYTHRINA, LLC; AP       :
2016 1, LLC; AP 2014 3A, LLC; AP 2014 2, LLC;:
WASO HOLDING CORPORATION; TWO SEAS:
GLOBAL (MASTER) FUND LP; VIRTUAL          :        No. 1:23-CV-10838 (LAP)
EMERALD INTERNATIONAL LTD. AND THE :           Hon. Loretta A. Preska
BANK OF NEW YORK MELLON, SOLELY IN  :
ITS CAPACITY AS TRUSTEE,                           :
                                                                    :
                                     Plaintiffs,            :
                                                                    :
                 - against -                                    :
                                                                    :
THE REPUBLIC OF ARGENTINA,                      :
                                                                    :
                                     Defendant.           :
                                                                    :
--------------------------------------------------------------x

## STIPULATION AND ORDER

Plaintiff The Bank of New York Mellon, solely in its capacity as Trustee ("Plaintiff"), and Defendant The Republic of Argentina (the "Republic"), through their respective counsel, hereby stipulate and agree as follows:

WHEREAS, on October 22, 2024, Plaintiff filed the Amended Complaint in this action (ECF No. 34, the "Amended Complaint");

WHEREAS, on December 23, 2024, the Republic moved to dismiss the Amended Complaint (ECF Nos. 37-39, the "Motion to Dismiss");

WHEREAS, by Memorandum & Order dated September 29, 2025 (ECF No. 49), the Court granted in part and denied in part the Motion to Dismiss; and

WHEREAS, pursuant FED. R. CIV. P. 12(a)(4)(A), the Republic must file its answer to the Amended Complaint on or before October 13, 2025;

IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN the undersigned counsel as follows:

1.    The Republic's time to answer the Amended Complaint is extended to November 12, 2025.

Dated:  October 7, 2025

s/ Edward A. Friedman
Edward A. Friedman
Daniel B. Rapport
Michael S. Palmieri
Harry Liberman

FRIEDMAN KAPLAN SEILER
   ADELMAN & ROBBINS LLP
7 Times Square
New York, New York  10036
Telephone:    (212) 833-1100
Facsimile:    (212) 833-1250

Counsel for Plaintiff The Bank of New
York Mellon, solely in its capacity as
Trustee

s/ Robert J. Giuffra, Jr.
Robert J. Giuffra, Jr.
Sergio J. Galvis
Amanda Flug Davidoff
Thomas C. White

SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004-2498
Telephone:    (212) 558-4000
Facsimile:    (212) 558-3588

Counsel for The Republic of Argentina


IT IS SO ORDERED, this 8th day of October, 2025:

_____
Hon. Loretta A. Preska
United States District Judge

-2-

4929-6361-2528.1