**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------- x

AURELIUS CAPITAL MASTER, LTD.; :
ACP MASTER, LTD.; AURELIUS :
OPPORTUNITIES FUND, LLC; 683 :
CAPITAL PARTNERS, LP; ADONA LLC; :
EGOZ I LLC; EGOZ II LLC; MASTERGEN, :
LLC; ERYTHRINA, LLC; AP 2016 1, LLC; :
AP 2014 3A, LLC; AP 2014 2, LLC; WASO :
HOLDING CORPORATION; TWO SEAS :
GLOBAL (MASTER) FUND LP; VIRTUAL :
EMERALD INTERNATIONAL LTD. and :
THE BANK OF NEW YORK MELLON, :
solely in its capacity as Trustee, :
:
               Plaintiffs, :
:
     - against - :
:
THE REPUBLIC OF ARGENTINA, :
:
               Defendant. :
:
-------------------------------------------------------- x

Case No.:  1:23-CV-10838 (LAP)

The Honorable Loretta A. Preska

**ANSWER**

### DEFENDANT THE REPUBLIC OF ARGENTINA'S ANSWER AND AFFIRMATIVE AND OTHER DEFENSES TO PLAINTIFF'S AMENDED COMPLAINT

       Defendant the Republic of Argentina (the "Republic"), by its undersigned attorneys, hereby submits its Answer and Affirmative and Other Defenses (the "Answer") to the Amended Complaint of Plaintiff The Bank of New York Mellon, solely in its capacity as Trustee,[1] dated October 22, 2024 (the "Amended Complaint"), in the above-captioned action (the "Action").

---

[1]      On September 29, 2025, the Court issued an Order (Dkt No. 49) dismissing all claims brought by Aurelius Capital Master, Ltd.; ACP Master, LTD.; Aurelius Opportunities Fund, LLC; 683 Capital Partners, LP; Adona LLC; Egoz I LLC; Egoz II LLC; Mastergen, LLC; Erythrina, LLC; AP 2016 1, LLC; AP 2014 3A, LLC; AP 2014 2, LLC; Waso Holding Corporation; Two Seas Global (Master) Fund LP; and Virtual Emerald International LTD. (collectively, the "Individual Holders").  The only remaining Plaintiff in this action is The Bank of New York Mellon, solely in its capacity as Trustee.  Accordingly, "Plaintiff" refers to The Bank of New York Mellon unless otherwise noted.  The Court's September 29, 2025 Order also dismissed (i) all claims pertaining to Reference Years 2014, 2015, and 2016; and (ii) all claims for breach of the implied covenant of good faith and fair dealing and under the prevention doctrine.  No response is required to the dismissed claims.

Unless otherwise admitted, the Republic expressly denies all allegations in the Amended Complaint. The Republic does not admit that the headings or subheadings in the Amended Complaint are accurate or appropriate for any purpose in this matter and, to the extent that any heading can be read to contain factual allegations, denies each and every one of them. To the extent that any footnote in the Amended Complaint requires a response separate from the Republic's response to the paragraph containing the footnote, the Republic denies each and every footnote unless expressly admitted. In further response to the Amended Complaint, the Republic states as follows:

1.      The Republic denies the allegations in Paragraph 1, except admits that Paragraph 1 purports to describe the nature of the Action and that the Republic launched voluntary debt exchanges in 2005 and 2010, which involved, among other things, the issuance of U.S. Dollar-denominated GDP-linked Securities (the "Securities"). Insofar as the allegations purport to describe or summarize the terms of the Securities, the Republic respectfully refers the Court to the Governing Documents[2] for their complete and accurate terms.

2.      The allegations in Paragraph 2 purport to state conclusions of law to which no response is required. Insofar as the allegations purport to describe or summarize the information contained in the Governing Documents, the Republic denies that the allegations in Paragraph 2 completely and accurately describe the terms of the Governing Documents and respectfully refers the Court to the Governing Documents for their complete and accurate terms.

3.      No response is required to the first sentence because the Individual Holders' claims were dismissed by the Court's Order of September 29, 2025. As for the remaining allegations in

---

[2]      Unless defined herein, all capitalized terms have the same definitions as set forth in the Amended Complaint.

Paragraph 3, the Republic lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations.

4.      The Republic denies the allegations in Paragraph 4, except admits that the Republic launched voluntary debt exchanges in 2005 and 2010, which involved, among other things, the issuance of the Securities, and respectfully refers the Court to the issuing documents for a complete and accurate statement of their contents.  Insofar as the allegations purport to describe or summarize the information contained in the Governing Documents, the Republic respectfully refers the Court to the Governing Documents for their complete and accurate terms.  The allegations in Paragraph 4 also contain conclusions of law to which no response is required.

5.      The Republic denies the allegations in Paragraph 5, except admits that on March 31, 2024, this Court granted the Republic's motion for summary judgment and dismissed the actions brought by certain plaintiffs seeking amounts allegedly due under the Securities for Reference Year 2013 (the "Prior Actions").[3]  On August 29, 2025, the United States Court of Appeals for the Second Circuit affirmed this Court's summary judgment decision.  The Republic also admits that, on September 25, 2024, the plaintiffs in the Prior Actions filed a new action in this Court seeking to revive the Prior Actions, and this new action was dismissed without prejudice pursuant to an order by the Court entered on February 24, 2025.  Insofar as the allegations in Paragraph 5 purport to describe or summarize the information contained in the relevant court orders and filings, the Republic respectfully refers the Court to those court orders and filings for a complete and accurate statement of their contents.

---

[3]      The "Prior Actions" consist of:  (i) *Aurelius Capital Master, Ltd.* v. *The Republic of Argentina*, No. 19-cv-351 (LAP) (S.D.N.Y.); (ii) *Novoriver S.A.* v. *Argentine Republic*, No. 19-cv-9786 (LAP) (S.D.N.Y.); (iii) *ACP Master, Ltd.* v. *The Republic of Argentina*, No. 19-cv-10109 (LAP) (S.D.N.Y.); (iv) *683 Capital Partners, LP* v. *The Republic of Argentina*, No. 19-cv-10131 (LAP) (S.D.N.Y.); (v) *Adona LLC, et al.* v. *The Republic of Argentina*, No. 19-cv-11338 (LAP) (S.D.N.Y.); and (vi) *Ape Group SPA, Romano Consulting SPA, Icaro SRL, and Elazar Romano* v. *The Republic of Argentina*, No. 20-cv-10409 (LAP) (S.D.N.Y.).

6.      The Republic denies the allegations in Paragraph 6, except admits that on April 5 and June 9, 2023, the High Court of Justice, Business and Property Courts of England & Wales issued a judgment and an order (the "English Court Orders") for amounts allegedly due under the Euro-denominated GDP-linked Securities for Reference Year 2013 (the "English Litigation"). The Republic also admits that the English Court Orders were affirmed by the English Court of Appeal on June 21, 2024, and that the Republic sought leave to further appeal with the United Kingdom's Supreme Court.  Insofar as the allegations in Paragraph 6 purport to describe or summarize the information contained in the relevant court orders and filings in the English Litigation, the Republic respectfully refers the Court to those court orders and filings for a complete and accurate statement of their contents.

7.      No response is required because the Individual Holders' claims and all claims relating to Reference Years 2014 through 2016 were dismissed by the Court's Order of September 29, 2025 and because the allegations in Paragraph 7 purport to state conclusions of law.  To the extent that any response is required, the Republic denies the allegations of Paragraph 7.

8.      The Republic denies that the allegations in Paragraph 8 completely and accurately describe the terms of the Governing Documents and respectfully refers the Court to the Governing Documents for their complete and accurate terms.

9.      The Republic denies the allegations in Paragraph 9, except admits that the Republic's national statistical agency, the *Instituto Nacional de Estadística y Censos* ("INDEC"), publishes GDP data for Argentina, and that INDEC announced on March 27, 2014 that, effective for calendar year 2013, it was rebasing Argentina's real GDP, updating the base year from 1993 to 2004, and, in keeping with international practice to stop publishing an old base year upon rebasing, discontinued real GDP in the 1993 base year upon rebasing to 2004.  Insofar as the

allegations purport to describe or summarize the information contained in INDEC's March 27, 2014 announcement and the Governing Documents, the Republic respectfully refers the Court to that announcement and the Governing Documents for a complete and accurate statement of their contents.

10.     The allegations in Paragraph 10 purport to state conclusions of law to which no response is required.  To the extent a response is required, the Republic denies the allegations in Paragraph 10.  Insofar as the allegations purport to describe or summarize the information contained in the Governing Documents and INDEC's March 27, 2014 announcement, the Republic respectfully refers the Court to the Governing Documents and that announcement for a complete and accurate statement of their contents.

11.     The Republic denies the allegations in Paragraph 11.  The allegations in Paragraph 11 also purport to state conclusions of law to which no response is required.

12.     The allegations in Paragraph 12 purport to state conclusions of law to which no response is required.  To the extent any response is required, the Republic denies the allegations in Paragraph 12, except admits that INDEC published real GDP in 1993 base year prices for the first three quarters of 2013.  Insofar as the allegations purport to describe or summarize the information contained in the Governing Documents, as well as INDEC data, publications, or calculations, the Republic respectfully refers the Court to the Governing Documents and those data, publications, or calculations for a complete and accurate statement of their contents.

13.     The allegations in Paragraph 13 purport to state conclusions of law to which no response is required.  To the extent any response is required, the Republic denies the allegations in Paragraph 13.  Insofar as the allegations purport to describe or summarize the information contained in the Governing Documents, as well as the Ministry of Economy's analyses or

calculations, the Republic respectfully refers the Court to the Governing Documents and those analyses or calculations for a complete and accurate statement of their contents.

14.    The allegations in Paragraph 14 purport to state conclusions of law to which no response is required.  To the extent any response is required, the Republic denies the allegations in Paragraph 14.

15.    The allegations in Paragraph 15 purport to state conclusions of law to which no response is required.  To the extent any response is required, the Republic denies the allegations in Paragraph 15.  Insofar as the allegations purport to describe or summarize the information contained in the Governing Documents, the Republic respectfully refers the Court to the Governing Documents for their complete and accurate terms.

16.    The allegations in Paragraph 16 purport to state conclusions of law to which no response is required.  To the extent any response is required, the Republic denies the allegations in Paragraph 16.  Insofar as the allegations purport to describe or summarize the information contained in the English Court Orders and Governing Documents, the Republic respectfully refers the Court to the English Court Orders and the Governing Documents for a complete and accurate statement of their contents.

17.    The allegations in Paragraph 17 purport to state conclusions of law to which no response is required.  To the extent any response is required, the Republic denies the allegations in Paragraph 17.  Insofar as the allegations purport to describe or summarize the information contained in the Governing Documents, the Republic respectfully refers the Court to the Governing Documents for their complete and accurate terms.

18.    The allegations in Paragraph 18 purport to state conclusions of law to which no response is required.  To the extent any response is required, the Republic denies the allegations

in Paragraph 18.  Insofar as the allegations purport to describe or summarize the information contained in the Governing Documents, the Republic respectfully refers the Court to the Governing Documents for their complete and accurate terms.

19.     The allegations in Paragraph 19 purport to state conclusions of law to which no response is required.  To the extent any response is required, the Republic denies the allegations in Paragraph 19, except admits that pursuant to the English Court Orders, INDEC published GDP in 1993 base year prices for calendar years 2014–2022, 2023, and 2024 on July 1, 2024, November 1, 2024, and October 29, 2025, respectively.  Insofar as the allegations purport to describe or summarize the information contained in INDEC's publications, the relevant filings in the English Litigation, as well as the Governing Documents, the Republic respectfully refers the Court to those publications, filings, and the Governing Documents for a complete and accurate statement of their contents.

20.     The allegations in Paragraph 20 purport to state conclusions of law to which no response is required.  To the extent any response is required, the Republic denies the allegations in Paragraph 20.  Insofar as the allegations purport to describe or summarize the information contained in INDEC's publications and the Governing Documents, the Republic respectfully refers the Court to those publications and the Governing Documents for a complete and accurate statement of their contents.

21.     No response is required because the Individual Holders' claims were dismissed by the Court's Order of September 29, 2025 and because the allegations in Paragraph 21 purport to state conclusions of law.  To the extent any response is required, the Republic denies the allegations in Paragraph 21.

22.     The allegations in Paragraph 22 purport to state conclusions of law to which no response is required.  To the extent any response is required, the Republic denies the allegations in Paragraph 22.

23.     No response is required because the Individual Holders' claims were dismissed by the Court's Order of September 29, 2025.  To the extent any response is required, the Republic lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of Paragraph 23.

24.     No response is required because the Individual Holders' claims were dismissed by the Court's Order of September 29, 2025.  To the extent any response is required, the Republic lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of Paragraph 24.

25.     No response is required because the Individual Holders' claims were dismissed by the Court's Order of September 29, 2025.  To the extent any response is required, the Republic lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of Paragraph 25.

26.     No response is required because the Individual Holders' claims were dismissed by the Court's Order of September 29, 2025.  To the extent any response is required, the Republic lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of Paragraph 26.

27.     No response is required because the Individual Holders' claims were dismissed by the Court's Order of September 29, 2025.  To the extent any response is required, the Republic lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 27.

28.     No response is required because the Individual Holders' claims were dismissed by the Court's Order of September 29, 2025.  To the extent any response is required, the Republic lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 28.

29.     No response is required because the Individual Holders' claims were dismissed by the Court's Order of September 29, 2025.  To the extent any response is required, the Republic lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 29.

30.     No response is required because the Individual Holders' claims were dismissed by the Court's Order of September 29, 2025.  To the extent any response is required, the Republic lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 30.

31.     No response is required because the Individual Holders' claims were dismissed by the Court's Order of September 29, 2025.  To the extent any response is required, the Republic lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 31.

32.     No response is required because the Individual Holders' claims were dismissed by the Court's Order of September 29, 2025.  To the extent any response is required, the Republic lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 32.

33.     No response is required because the Individual Holders' claims were dismissed by the Court's Order of September 29, 2025.  To the extent any response is required, the Republic

lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 33.

34.     No response is required because the Individual Holders' claims were dismissed by the Court's Order of September 29, 2025.  To the extent any response is required, the Republic lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 34.

35.     No response is required because the Individual Holders' claims were dismissed by the Court's Order of September 29, 2025.  To the extent any response is required, the Republic lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 35.

36.     No response is required because the Individual Holders' claims were dismissed by the Court's Order of September 29, 2025.  To the extent any response is required, the Republic lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 36.

37.     No response is required because the Individual Holders' claims were dismissed by the Court's Order of September 29, 2025.  To the extent any response is required, the Republic lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 37.

38.     No response is required because the Individual Holders' claims were dismissed by the Court's Order of September 29, 2025.  To the extent any response is required, the Republic lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 38, except admits that the Securities were issued pursuant to the 2005 Global Security registered in the name of Cede & Co., as nominee of the Depository Trust Company, and the 2010

Global Security was registered in the name of The Bank of New York Depository (Nominees) Limited, as nominee of the common depositary for Euroclear Bank S.A./N.V., as operator of the Euroclear System, and Clearstream Banking, S.A.

39.     No response is required because the Individual Holders' claims were dismissed by the Court's Order of September 29, 2025 and because the allegations in Paragraph 39 purport to state conclusions of law.  To the extent any response is required, the Republic lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 39.

40.     No response is required because the Individual Holders' claims were dismissed by the Court's Order of September 29, 2025.  To the extent any response is required, the Republic lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 40.

41.     No response is required because the Individual Holders' claims were dismissed by the Court's Order of September 29, 2025.  To the extent any response is required, the Republic lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 41.

42.     No response is required because the Individual Holders' claims were dismissed by the Court's Order of September 29, 2025 and because the allegations in Paragraph 42 purport to state conclusions of law.  To the extent any response is required, the Republic denies the allegations in Paragraph 42.  Insofar as the allegations purport to describe or summarize the information contained in the Governing Documents, the Republic respectfully refers the Court to the Governing Documents for their complete and accurate terms.

43.     The allegations in Paragraph 43 purport to state conclusions of law to which no response is required.  To the extent any response is required, the Republic denies the allegations

in Paragraph 43, except admits that the Trustee serves as the trustee for the securities issued by the Republic pursuant to the Indenture, including the Securities. Insofar as the allegations purport to describe or summarize the information contained in the Governing Documents, the Republic respectfully refers the Court to the Governing Documents for their complete and accurate terms.

44.     The allegations in Paragraph 44 purport to state conclusions of law to which no response is required.

45.     The allegations in Paragraph 45 purport to state conclusions of law to which no response is required. Insofar as the allegations purport to describe or summarize the information contained in the Governing Documents, the Republic denies that the allegations in Paragraph 45 completely and accurately describe the terms of the Governing Documents and respectfully refers the Court to the Governing Documents for their complete and accurate terms.

46.     The allegations in Paragraph 46 purport to state conclusions of law to which no response is required. Insofar as the allegations purport to describe or summarize the information contained in the Governing Documents, the Republic denies that the allegations in Paragraph 46 completely and accurately describe the terms of the Governing Documents and respectfully refers the Court to the Governing Documents for their complete and accurate terms.

47.     The allegations in Paragraph 47 purport to state conclusions of law to which no response is required. Insofar as the allegations purport to describe or summarize the information contained in the Governing Documents, the Republic denies that the allegations in Paragraph 47 completely and accurately describe the terms of the Governing Documents and respectfully refers the Court to the Governing Documents for their complete and accurate terms.

48.     The allegations in Paragraph 48 purport to state conclusions of law to which no response is required. Insofar as the allegations purport to describe or summarize the information

contained in the Governing Documents, the Republic denies that the allegations in Paragraph 48 completely and accurately describe the terms of the Governing Documents and respectfully refers the Court to the Governing Documents for their complete and accurate terms.

49.    The allegations in Paragraph 49 purport to state conclusions of law to which no response is required.  Insofar as the allegations purport to describe or summarize the information contained in the Governing Documents, the Republic denies that the allegations in Paragraph 49 completely and accurately describe the terms of the Governing Documents and respectfully refers the Court to the Governing Documents for their complete and accurate terms.

50.    The allegations in Paragraph 50 purport to state conclusions of law to which no response is required.  Insofar as the allegations purport to describe or summarize the information contained in the Governing Documents, the Republic denies that the allegations in Paragraph 50 completely and accurately describe the terms of the Governing Documents and respectfully refers the Court to the Governing Documents for their complete and accurate terms.

51.    The allegations in Paragraph 51 purport to state conclusions of law to which no response is required.  Insofar as the allegations purport to describe or summarize the information contained in the Governing Documents, the Republic denies that the allegations in Paragraph 51 completely and accurately describe the terms of the Governing Documents and respectfully refers the Court to the Governing Documents for their complete and accurate terms.

52.    The allegations in Paragraph 52 purport to state conclusions of law to which no response is required.  To the extent any response is required, the Republic denies the allegations in Paragraph 52, except admits that the Global Security provides that Actual Real GDP "means, for any Reference Year, the gross domestic product of Argentina for such Reference Year measured in constant prices for the Year of Base Prices, as published by INDEC."  Insofar as the

allegations purport to describe or summarize the information contained in the Governing Documents, the Republic respectfully refers the Court to the Governing Documents for their complete and accurate terms.

53.    The allegations in Paragraph 53 purport to state conclusions of law to which no response is required.  To the extent any response is required, the Republic denies the allegations in Paragraph 53.  Insofar as the allegations purport to describe or summarize Argentine law, the Republic respectfully refers the Court to Argentine law for its complete and accurate terms.

54.    The allegations in Paragraph 54 purport to state conclusions of law to which no response is required.  To the extent that any response is required, the Republic denies the allegations of Paragraph 54.  Insofar as the allegations purport to describe or summarize Argentine law, the Republic respectfully refers the Court to Argentine law for its complete and accurate terms.

55.    The Republic denies that the allegations in Paragraph 55 completely and accurately describe the contents of the exchange offers and any statements relating thereto, and respectfully refers the Court to the terms of the exchange offers and any statements relating thereto for their complete and accurate contents.

56.    The allegations in Paragraph 56 purport to state conclusions of law to which no response is required.  To the extent any response is required, the Republic denies the allegations in Paragraph 56.  Insofar as the allegations purport to describe or summarize the information contained in the Governing Documents, the Republic respectfully refers the Court to the Governing Documents for their complete and accurate terms.

57.    The Republic denies the allegations in Paragraph 57, except admits that calculating Actual Real GDP involves separately analyzing and estimating different parts of the Argentine

economy and that a fixed-base-year method has been used to calculate real GDP. Insofar as the allegations purport to describe or summarize the information contained in INDEC data, publications, or calculations, the Republic respectfully refers the Court to those data, publications, or calculations for a complete and accurate statement of their contents.

58.    The allegations in Paragraph 58 purport to state conclusions of law to which no response is required. To the extent any response is required, the Republic denies that the allegations in Paragraph 58 completely and accurately describe the Governing Documents and respectfully refers the Court to the Governing Documents for their complete and accurate terms.

59.    The allegations in Paragraph 59 purport to state conclusions of law to which no response is required. To the extent any response is required, the Republic denies the allegations in Paragraph 59, except admits that INDEC used constant 1993 prices in its measurement of real GDP when the Securities were issued. Insofar as the allegations purport to describe or summarize the information contained in the Governing Documents, the Republic respectfully refers the Court to the Governing Documents for their complete and accurate terms.

60.    The allegations in Paragraph 60 purport to state conclusions of law to which no response is required. To the extent any response is required, the Republic denies the allegations in Paragraph 60. Insofar as the allegations purport to describe or summarize the information contained in the Governing Documents, the Republic respectfully refers the Court to the Governing Documents for their complete and accurate terms.

61.    The allegations in Paragraph 61 purport to state conclusions of law to which no response is required. To the extent any response is required, the Republic denies that the allegations in Paragraph 61 completely and accurately describe the Governing Documents and INDEC's calculations of Actual Real GDP and Actual Real GDP Growth measured in constant

1993 and 2004 prices. Insofar as the allegations purport to describe or summarize the information contained in INDEC data, publications, or calculations for Reference Years 2007 and 2008, as well as the Governing Documents, the Republic respectfully refers the Court to those data, publications, or calculations and the Governing Documents for a complete and accurate statement of their contents.

62. The allegations in Paragraph 62 purport to state conclusions of law to which no response is required. To the extent any response is required, the Republic denies the allegations in Paragraph 62. Insofar as the allegations in Paragraph 62 purport to describe or summarize the information contained in the Governing Documents, the Republic respectfully refers the Court to the Governing Documents for their complete and accurate terms.

63. The allegations in Paragraph 63 purport to state conclusions of law to which no response is required. To the extent any response is required, the Republic denies the allegations in Paragraph 63, except admits that INDEC used constant 1993 prices in its measurement of real GDP when the Securities were issued. Insofar as the allegations purport to describe or summarize the information contained in the Governing Documents, the Republic respectfully refers the Court to the Governing Documents for their complete and accurate terms.

64. The Republic denies that the allegations in Paragraph 64 completely and accurately describe the Governing Documents and respectfully refers the Court to the Governing Documents for their complete and accurate terms.

65. The allegations in Paragraph 65 purport to state conclusions of law to which no response is required. To the extent any response is required, the Republic denies the allegations in Paragraph 65. Insofar as the allegations purport to describe or summarize the information

contained in the Governing Documents, the Republic respectfully refers the Court to the Governing Documents for their complete and accurate terms.

66.    The allegations in Paragraph 66 purport to state conclusions of law to which no response is required.  To the extent any response is required, the Republic denies the allegations in Paragraph 66.  Insofar as the allegations purport to describe or summarize the information contained in the Governing Documents, the Republic respectfully refers the Court to the Governing Documents for their complete and accurate terms.

67.    The allegations in Paragraph 67 purport to state conclusions of law to which no response is required.   To the extent any response is required, the Republic denies the allegations in Paragraph 67.  Insofar as the allegations in Paragraph 67 purport to describe or summarize the information contained in the Governing Documents, the Republic respectfully refers the Court to the Governing Documents for their complete and accurate terms.

68.    The allegations in Paragraph 68 purport to state conclusions of law to which no response is required.  To the extent any response is required, the Republic denies the allegations in Paragraph 68.  Insofar as the allegations purport to describe or summarize the information contained in the Governing Documents, the Republic respectfully refers the Court to the Governing Documents for their complete and accurate terms.

69.    The allegations in Paragraph 69 purport to state conclusions of law to which no response is required.  To the extent any response is required, the Republic denies the allegations in Paragraph 69.  Insofar as the allegations purport to describe or summarize the information contained in the Governing Documents, the Republic respectfully refers the Court to the Governing Documents for their complete and accurate terms.

70.     The allegations in Paragraph 70 purport to state conclusions of law to which no response is required.  To the extent any response is required, the Republic denies the allegations in Paragraph 70.  Insofar as the allegations purport to describe or summarize the information contained in the Governing Documents and Argentine law, the Republic respectfully refers the Court to the Governing Documents and Argentine law for a complete and accurate statement of their terms.

71.     The Republic denies the allegations in Paragraph 71.  Insofar as the allegations purport to describe or summarize the information contained in a 2004 paper published by the U.S. Council of Economic Advisors, titled "Growth-Indexed Bonds: A Primer," the Republic respectfully refers the Court to that paper for a complete and accurate statement of its contents.

72.     The Republic denies that the allegations in Paragraph 72 completely and accurately describe the contents of the 2006 paper by Stephany Griffith-Jones and Krishnan Sharma, titled "GDP-Indexed Bonds: Making It Happen," and respectfully refers the Court to that paper for a complete and accurate statement of its contents.

73.     The Republic denies that the allegations in Paragraph 73 completely and accurately describe the contents of the 2016 paper published by the Bank of England, titled "Sovereign GDP-linked bonds," and respectfully refers the Court to that paper for a complete and accurate statement of its contents.

74.     The Republic denies the allegations in Paragraph 74.  Insofar as the allegations purport to describe or summarize the information contained in a September 27, 2013 email from the Director of the National Office of Public Credit ("ONCP") to certain of his colleagues at the Ministry of Economy, the Republic respectfully refers the Court to that email for a complete and

accurate statement of its contents.  The allegations of Paragraph 74 also purport to state conclusions of law to which no response is required.

75.    The Republic denies the allegations in Paragraph 75.  Insofar as the allegations purport to describe or summarize the information contained in certain statistics published by INDEC, the Republic respectfully refers the Court to those statistics for a complete and accurate statement of their contents.  The allegations of Paragraph 75 also purport to state conclusions of law to which no response is required.

76.    The Republic denies that the allegations in Paragraph 76 completely and accurately describe the contents of the referenced documents.  Insofar as the allegations purport to describe or summarize the information contained in certain analyses by the Ministry of Economy, the Republic respectfully refers the Court to those analyses for a complete and accurate statement of their contents.  The allegations of Paragraph 76 also purport to state conclusions of law to which no response is required.

77.    The Republic denies the allegations in Paragraph 77.  Insofar as the allegations purport to describe or summarize the Republic's foreign currency reserves and the information contained in a certain analysis by the Ministry of Economy, the Republic respectfully refers the Court to the Republic's official figures and the Ministry of Economy's analysis for a complete and accurate statement of its contents.

78.    The Republic denies the allegations in Paragraph 78.  Insofar as the allegations purport to describe or summarize Argentine law and the information contained in a 2013 report, the Republic respectfully refers the Court to Argentine law and that report for a complete and accurate statement of their contents.

79.     The Republic denies that the allegations in Paragraph 79 completely and accurately describe the contents of the referenced document.  Insofar as the allegations purport to describe or summarize the information contained in a February 2014 rating report by DBRS, the Republic respectfully refers the Court to that report for a complete and accurate statement of its contents.

80.     The Republic denies the allegations in Paragraph 80, except admits that INDEC announced on March 27, 2014 that, effective for calendar year 2013, it was rebasing Argentina's real GDP, updating the base year from 1993 to 2004, and, in keeping with international practice to stop publishing an old base year upon rebasing, discontinued real GDP in the 1993 base year upon rebasing to 2004.  Insofar as the allegations of Paragraph 80 purport to describe or summarize the information contained in INDEC's March 27, 2014 announcement and statements from Ministry of Economy officials, the Republic respectfully refers the Court to that announcement and statements for a complete and accurate statement of their contents.

81.     The Republic denies the allegations in Paragraph 81, except admits that on March 27, 2014, INDEC published 2013 Actual Real GDP and 2013 Actual Real GDP Growth measured in constant 2004 prices and that 2013 Actual Real GDP Growth measured in constant 2004 prices was 3%.  Insofar as the allegations purport to describe or summarize the information contained in the Governing Documents, as well as INDEC data, publications, or calculations, the Republic respectfully refers the Court to the Governing Documents and those data, publications, or calculations for a complete and accurate statement of their contents.   The allegations in Paragraph 81 also purport to state conclusions of law to which no response is required.

82.     The Republic denies the allegations in Paragraph 82.   The allegations in Paragraph 82 also purport to state conclusions of law to which no response is required.

83.     The Republic denies that the allegations in Paragraph 83 completely and accurately describe the contents of the referenced article and respectfully refers the Court to that article for a complete and accurate statement of its contents.

84.     The Republic denies the allegations in Paragraph 84, except admits that certain Argentine officials were aware of Guillermo Nielsen's article titled "To Pay or Not To Pay, the Coupon Dilemma," and that on December 11, 2014, the ONCP staff prepared a memorandum summarizing the Ministry of Economy's analysis of whether a payment was due for Reference Year 2013 under the Securities.  Insofar as the allegations purport to describe or summarize the information contained in an ONCP memorandum, the Republic respectfully refers the Court to that memorandum for a complete and accurate statement of its contents.  The allegations in Paragraph 84 also purport to state conclusions of law to which no response is required.

85.     The Republic denies the allegations in Paragraph 85, except admits that on or about April 3, 2014, Jorge Capitanich, the Republic's Chief of Cabinet, testified before the Argentine National Congress that Guillermo Nielsen's interpretation of the Adjustment Provision as expressed in his article titled "To Pay or Not To Pay, the Coupon Dilemma" was "not compatible with the one made by the National State" and that, based on the preliminary calculations and data available at that time, no payment would be due under the Securities for Reference Year 2013. Insofar as the allegations purport to describe or summarize Mr. Capitanich's testimony before the Argentine National Congress on or about April 3, 2014, the Republic respectfully refers the Court to that testimony for a complete and accurate statement of its contents.

86.     The Republic denies the allegations in Paragraph 86.  Insofar as the allegations purport to describe or summarize the information contained in the Governing Documents, the Republic respectfully refers the Court to the Governing Documents for their complete and accurate

terms.  The allegations in Paragraph 86 also purport to state conclusions of law to which no response is required.

87.     The allegations in Paragraph 87 purport to state conclusions of law to which no response is required.  To the extent any response is required, the Republic denies the allegations in Paragraph 87.  Insofar as the allegations purport to describe or summarize the information contained in the Governing Documents, the Republic respectfully refers the Court to the Governing Documents for their complete and accurate terms.

88.     The allegations in Paragraph 88 purport to state conclusions of law to which no response is required.  To the extent any response is required, the Republic denies the allegations in Paragraph 88.  Insofar as the allegations purport to describe or summarize the information contained in the Governing Documents, the Republic respectfully refers the Court to the Governing Documents for their complete and accurate terms.

89.     The allegations in Paragraph 89 purport to state conclusions of law to which no response is required.  To the extent any response is required, the Republic denies the allegations in Paragraph 89.  Insofar as the allegations purport to describe or summarize the information contained in the Republic's Re-Amended Defence filed on January 14, 2022 in the English Litigation and the Governing Documents, the Republic respectfully refers the Court to the Re-Amended Defence and the Governing Documents for a complete and accurate statement of their contents.

90.     The Republic denies the allegations in Paragraph 90.  Insofar as the allegations purport to describe or summarize the information contained in the Governing Documents, the Republic respectfully refers the Court to the Governing Documents for their complete and accurate

terms.  The allegations in Paragraph 90 also purport to state conclusions of law to which no response is required.

91.     The Republic denies the allegations in Paragraph 91, except admits that a press release was issued on December 15, 2022 regarding Reference Year 2021, in which the Republic stated that no payment was due, and respectfully refers the Court to the Governing Documents and that press release for a complete and accurate statement of their contents.  The allegations in Paragraph 91 also purport to state conclusions of law to which no response is required.

92.     The Republic denies the allegations in Paragraph 92.

93.     The allegations in Paragraph 93 purport to state conclusions of law to which no response is required.  To the extent any response is required, the Republic denies the allegations in Paragraph 93.  Insofar as the allegations purport to describe or summarize information contained in the English Court Orders, the Republic respectfully refers the Court to the English Court Orders for a complete and accurate statement of their contents.

94.     The Republic denies the allegations in Paragraph 94.

95.     The Republic denies the allegations in Paragraph 95, except admits that INDEC announced on March 27, 2014 that, effective for calendar year 2013, it was rebasing Argentina's real GDP, updating the base year from 1993 to 2004, and, in keeping with international practice to stop publishing an old base year upon rebasing, discontinued real GDP in the 1993 base year upon rebasing to 2004.  Insofar as the allegations purport to describe or summarize the information contained in statements from Ministry of Economy officials, INDEC's March 27, 2014 announcement, Guillermo Nielsen's article titled "To Pay or Not To Pay, the Coupon Dilemma," as well as Jorge Capitanich's testimony before the Argentine National Congress on or about April 3, 2014, the Republic respectfully refers the Court to those statements, INDEC's

announcement, Mr. Nielsen's article, and Mr. Capitanich's testimony for a complete and accurate statement of their contents.

96.    The Republic denies the allegations in Paragraph 96, except admits that former Ministry of Economy official Santiago Wright met with former INDEC official Gustavo Rodríguez, that Wright spoke with other Ministry of Economy officials in advance of that meeting, and that Wright and Rodríguez had not met before.

97.    The Republic denies the allegations in Paragraph 97.  Insofar as the allegations purport to describe or summarize the information contained in Mr. Wright's notes from his April 7, 2014 meeting with Mr. Rodriguez, Mr. Wright's deposition testimony in the Prior Actions, as well as Jorge Capitanich's testimony before the Argentine National Congress on or about April 3, 2014, the Republic respectfully refers the Court to those notes and testimonies for a complete and accurate statement of its contents.

98.    The Republic denies the allegations in Paragraph 98.  Insofar as the allegations purport to describe or summarize the information contained in Mr. Wright's notes or Mr. Wright's deposition testimony in the Prior Actions, the Republic respectfully refers the Court to those notes and that testimony for a complete and accurate statement of their contents.

99.    The Republic denies the allegations in Paragraph 99.  Insofar as the allegations purport to describe or summarize the information contained in certain INDEC analyses, the Republic respectfully refers the Court to those analyses for a complete and accurate statement of their contents.

100.    The allegations in Paragraph 100 purport to state conclusions of law to which no response is required.  To the extent any response is required, the Republic denies the allegations in Paragraph 100.  Insofar as the allegations purport to describe or summarize the information

contained in the Governing Documents as well as INDEC or Ministry of Economy data, publications, or calculations, the Republic respectfully refers the Court to the Governing Documents and those data, publications, or calculations for a complete and accurate statement of their contents.

101.    The Republic admits the allegations in Paragraph 101.  Insofar as the allegations purport to describe or summarize the information contained in INDEC or Ministry of Economy data, publications, or calculations, the Republic respectfully refers the Court to those data, publications, or calculations for a complete and accurate statement of their contents.

102.    The allegations in Paragraph 102 purport to state conclusions of law to which no response is required.  To the extent any response is required, the Republic denies the allegations in Paragraph 102. Insofar as the allegations purport to describe or summarize the information contained in the Governing Documents, as well as INDEC or Ministry of Economy data, publications, or calculations, the Republic respectfully refers the Court to the Governing Documents and those data, publications, or calculations for a complete and accurate statement of their contents.

103.    The allegations in Paragraph 103 purport to state conclusions of law to which no response is required.  To the extent any response is required, the Republic denies the allegations in Paragraph 103.  Insofar as the allegations purport to describe or summarize the information contained in the Governing Documents, as well as INDEC or Ministry of Economy data, publications, or calculations, the Republic respectfully refers the Court to the Governing Documents and those data, publications, or calculations for a complete and accurate statement of their contents.

104.    The allegations in Paragraph 104 purport to state conclusions of law to which no response is required.  To the extent any response is required, the Republic denies the allegations in Paragraph 104.  Insofar as the allegations purport to describe or summarize the information contained in the Governing Documents, as well as INDEC or Ministry of Economy data, publications, or calculations, the Republic respectfully refers the Court to the Governing Documents and those data, publications, or calculations for a complete and accurate statement of their contents.

105.    The allegations in Paragraph 105 purport to state conclusions of law to which no response is required.  To the extent any response is required, the Republic denies the allegations in Paragraph 105.

106.    The Republic denies the allegations in Paragraph 106.  Insofar as the allegations purport to describe or summarize the information contained in INDEC data, publications, or calculations, the Republic respectfully refers the Court to those data, publications, or calculations for a complete and accurate statement of their contents.

107.    The Republic denies the allegations in Paragraph 107.  Insofar as the allegations purport to describe or summarize the information contained in INDEC data, publications, or calculations, the Republic respectfully refers the Court to those data, publications, or calculations for a complete and accurate statement of their contents.

108.    The allegations in Paragraph 108 purport to state conclusions of law to which no response is required.  To the extent any response is required, the Republic denies the allegations of Paragraph 108.  Insofar as the allegations purport to describe or summarize the information contained in the Governing Documents, as well as INDEC data, publications, or calculations, the

Republic respectfully refers the Court to the Governing Documents and those data, publications, or calculations for a complete and accurate statement of their contents.

109.    The allegations in Paragraph 109 purport to state conclusions of law to which no response is required.  To the extent any response is required, the Republic denies the allegations of Paragraph 109.  Insofar as the allegations purport to describe or summarize the information contained in the Governing Documents, as well as INDEC data, publications, or calculations, the Republic respectfully refers the Court to the Governing Documents and those data, publications, or calculations for a complete and accurate statement of their contents.

110.    The Republic denies the allegations in Paragraph 110.

111.    The allegations in Paragraph 111 purport to state conclusions of law to which no response is required.  To the extent any response is required, the Republic denies the allegations in Paragraph 111.  Insofar as the allegations purport to describe or summarize the information contained in the Governing Documents, the Republic respectfully refers the Court to the Governing Documents for their complete and accurate terms.

112.    The allegations in Paragraph 112 purport to state conclusions of law to which no response is required.  To the extent any response is required, the Republic denies the allegations in Paragraph 112.

113.    The allegations in Paragraph 113 purport to state conclusions of law to which no response is required.  To the extent any response is required, the Republic denies the allegations in Paragraph 113.  Insofar as the allegations purport to describe or summarize the information contained in the Governing Documents, the Republic respectfully refers the Court to the Governing Documents for their complete and accurate terms.

114.    The Republic denies that the allegations in Paragraph 114 completely and accurately describe the contents of the English Court Orders, except admits that the High Court of Justice, Business and Property Courts of England & Wales entered an order dated June 9, 2023, and the Republic respectfully refers the Court to the English Court Orders for a complete and accurate statement of their contents.

115.    The Republic denies that the allegations in Paragraph 115 completely and accurately describe the contents of the English Court Orders and respectfully refers the Court to the English Court Orders for a complete and accurate statement of their contents.

116.    The allegations in Paragraph 116 purport to state conclusions of law to which no response is required.  To the extent any response is required, the Republic denies the allegations in Paragraph 116, except admits that on July 1, 2024, INDEC published GDP in 1993 base year prices for calendar years 2014 through 2022 in response to the English Court Orders.

117.    The allegations in Paragraph 117 purport to state conclusions of law to which no response is required.  To the extent any response is required, the Republic denies the allegations in Paragraph 117, except admits that on July 1, 2024, INDEC published GDP in 1993 base year prices for calendar year 2014 through 2022 in response to the English Court Orders.  Insofar as the allegations purport to describe or summarize the information contained in INDEC data, publications, or calculations, as well as the English Court Orders, the Republic respectfully refers the Court to those documents for a complete and accurate statement of their contents.

118.    The Republic denies the allegations in Paragraph 118.  Insofar as the allegations purport to describe or summarize the information contained in INDEC data, publications, or calculations, as well as the English Court Orders, the Republic respectfully refers the Court to those documents for a complete and accurate statement of their contents.

119.     The Republic denies the allegations in Paragraph 119.  Insofar as the allegations purport to describe or summarize the information contained in INDEC data, publications, or calculations, the Republic respectfully refers the Court to those data, publications, or calculations for a complete and accurate statement of their contents.

120.     The Republic denies the allegations in Paragraph 120.

121.     The Republic denies the allegations in Paragraph 121.  Insofar as the allegations purport to describe or summarize the information contained in the Republic's communications with the IMF and the Republic's press releases, the Republic respectfully refers the Court to those documents for a complete and accurate statement of their contents.

122.     The allegations in Paragraph 122 purport to state conclusions of law to which no response is required.  To the extent any response is required, the Republic denies the allegations in Paragraph 122.  Insofar as the allegations purport to describe or summarize the information contained in the English Court Orders and INDEC's Methodological Note published on July 1, 2024, the Republic respectfully refers the Court to those documents for a complete and accurate statement of their contents.

123.     The Republic denies the allegations in Paragraph 123.  Insofar as the allegations purport to describe or summarize the information contained in INDEC data, publications, or calculations, the Republic respectfully refers the Court to those data, publications, or calculations for a complete and accurate statement of their contents.

124.     The Republic denies the allegations in Paragraph 124.

125.     The Republic denies the allegations in Paragraph 125.

126.     The Republic denies the allegations in Paragraph 126.

127.    The Republic denies the allegations in Paragraph 127.  Insofar as the allegations purport to describe or summarize INDEC data, publications, or calculations, the Republic respectfully refers the Court to those data, publications, or calculations for a complete and accurate statement of their contents.

128.    The Republic denies the allegations in Paragraph 128.  Insofar as the allegations purport to describe or summarize INDEC data, publications, or calculations, the Republic respectfully refers the Court to those data, publications, or calculations for a complete and accurate statement of their contents.

129.    The Republic denies the allegations in Paragraph 129.  Insofar as the allegations purport to describe or summarize INDEC data, publications, or calculations, the Republic respectfully refers the Court to those data, publications, or calculations for a complete and accurate statement of their contents.

130.    The Republic denies the allegations in Paragraph 130.  Insofar as the allegations purport to describe or summarize INDEC data, publications, or calculations, the Republic respectfully refers the Court to those data, publications, or calculations for a complete and accurate statement of their contents.

131.    The Republic denies the allegations in Paragraph 131, except admits that INDEC's July 1, 2024, November 1, 2024, and October 29, 2025 publications do not include quarterly estimates of GDP levels and growth rates, fixed domestic gross investment, global supply and demand, and the implicit price index, which are not required under the English Court Orders. Insofar as the allegations purport to describe or summarize the information contained in the English Court Orders and INDEC data, publications, or calculations, the Republic respectfully

refers the Court to the English Court Orders and those data, publications, or calculations for a complete and accurate statement of their contents.

132.    The allegations in Paragraph 132 purport to state conclusions of law to which no response is required.  To the extent any response is required, the Republic denies the allegations in Paragraph 132.  Insofar as the allegations purport to describe or summarize the information contained in the Governing Documents, as well as INDEC data, publications, or calculations, the Republic respectfully refers the Court to the Governing Documents and those data, publications, or calculations for a complete and accurate statement of their contents.

133.    The Republic denies the allegations in Paragraph 133, except admits that it explained in filings in the English Litigation that an exact reconstruction of GDP in 1993 base year prices is not possible because of the lack of accurate historical data on prices and the obsolescence of the specific methodologies used in the calculation of GDP.  Insofar as the allegations purport to describe or summarize the information contained in the relevant filings in the English Litigation, the Republic respectfully refers the Court to those filings for a complete and accurate statement of their contents.

134.    The allegations in Paragraph 134 purport to state conclusions of law to which no response is required.  To the extent any response is required, the Republic denies the allegations in Paragraph 134.  Insofar as the allegations purport to describe or summarize the information contained in the Governing Documents, the Republic respectfully refers the Court to the Governing Documents for their complete and accurate terms.

135.    The allegations in Paragraph 135 purport to state conclusions of law to which no response is required.  To the extent any response is required, the Republic denies the allegations in Paragraph 135.  Insofar as the allegations purport to describe or summarize the information

contained in the Governing Documents, as well as the relevant court orders and filings in the Prior Actions or English Litigation, the Republic respectfully refers the Court to those documents for a complete and accurate statement of their contents.

136.    The allegations in Paragraph 136 purport to state conclusions of law to which no response is required.  To the extent any response is required, the Republic denies the allegations in Paragraph 136.  Insofar as the allegations purport to describe or summarize the information contained in the Governing Documents, INDEC data, publications, or calculations, as well as the relevant court orders and filings in the Prior Actions or English Litigation, the Republic respectfully refers the Court to those documents for a complete and accurate statement of their contents.

137.    The allegations in Paragraph 137 purport to state conclusions of law to which no response is required.  To the extent any response is required, the Republic denies the allegations in Paragraph 137.  Insofar as the allegations purport to describe or summarize the information contained in the Governing Documents, the Republic respectfully refers the Court to the Governing Documents for their complete and accurate terms.

138.    No response is required because the Individual Holders' claims were dismissed by the Court's Order of September 29, 2025 and because Paragraph 138 contains no direct allegations of fact.  Inasmuch as Paragraph 138 incorporates allegations from Paragraphs 1 through 137, the Republic respectfully refers the Court to the Republic's answers to those paragraphs and incorporates those answers as if fully set forth herein.

139.    No response is required because the Individual Holders' claims were dismissed by the Court's Order of September 29, 2025 and because the allegations in Paragraph 139 purport to state conclusions of law.  To the extent any response is required, the Republic denies the allegations

in Paragraph 139.  Insofar as the allegations purport to describe or summarize the information contained in the Governing Documents, the Republic respectfully refers the Court to the Governing Documents for their complete and accurate terms.

140.    No response is required because the Individual Holders' claims were dismissed by the Court's Order of September 29, 2025 and because the allegations in Paragraph 140 purport to state conclusions of law.  To the extent any response is required, the Republic denies the allegations in Paragraph 140.

141.    No response is required because the Individual Holders' claims were dismissed by the Court's Order of September 29, 2025 and because the allegations in Paragraph 141 purport to state conclusions of law.  To the extent any response is required, the Republic denies the allegations in Paragraph 141.  Insofar as the allegations purport to describe or summarize the information contained in the Governing Documents, the Republic respectfully refers the Court to the Governing Documents for their complete and accurate terms.

142.    No response is required because the Individual Holders' claims were dismissed by the Court's Order of September 29, 2025 and because the allegations in Paragraph 142 purport to state conclusions of law.  To the extent any response is required, the Republic denies the allegations in Paragraph 142.  Insofar as the allegations purport to describe or summarize the information contained in the Governing Documents, the Republic respectfully refers the Court to the Governing Documents for their complete and accurate terms.

143.    No response is required because the Individual Holders' claims were dismissed by the Court's Order of September 29, 2025 and because the allegations in Paragraph 143 purport to state conclusions of law.  To the extent any response is required, the Republic denies the allegations in Paragraph 143.  Insofar as the allegations purport to describe or summarize the information

contained in the Governing Documents, the Republic respectfully refers the Court to the Governing Documents for their complete and accurate terms.

144.     No response is required because the Individual Holders' claims were dismissed by the Court's Order of September 29, 2025 and because the allegations in Paragraph 144 purport to state conclusions of law.  To the extent any response is required, the Republic denies the allegations in Paragraph 144.  Insofar as the allegations purport to describe or summarize the information contained in the Governing Documents, the Republic respectfully refers the Court to the Governing Documents for their complete and accurate terms.

145.     No response is required because the Individual Holders' claims were dismissed by the Court's Order of September 29, 2025 and because the allegations in Paragraph 145 purport to state conclusions of law.  To the extent any response is required, the Republic denies the allegations in Paragraph 145. Insofar as the allegations purport to describe or summarize the information contained in the Governing Documents, the Republic respectfully refers the Court to the Governing Documents for their complete and accurate terms.

146.     No response is required because the Individual Holders' claims were dismissed by the Court's Order of September 29, 2025 and because the allegations in Paragraph 146 purport to state conclusions of law.  To the extent any response is required, the Republic denies the allegations in Paragraph 146.  Insofar as the allegations purport to describe or summarize the information contained in the Governing Documents or Argentine law, the Republic respectfully refers the Court to the Governing Documents and Argentine law for their complete and accurate terms.

147.     No response is required because the Individual Holders' claims were dismissed by the Court's Order of September 29, 2025 and because the allegations in Paragraph 147 purport to state conclusions of law.  To the extent any response is required, the Republic denies the allegations

in Paragraph 147. Insofar as the allegations purport to describe or summarize the information contained in the Governing Documents, the Republic respectfully refers the Court to the Governing Documents for their complete and accurate terms.

148.    No response is required because the Individual Holders' claims were dismissed by the Court's Order of September 29, 2025 and because the allegations in Paragraph 148 purport to state conclusions of law. To the extent any response is required, the Republic denies the allegations in Paragraph 148, except admits that pursuant to the English Court Orders, INDEC published GDP in 1993 base year prices for calendar years 2014–2022, 2023, and 2024 on July 1, 2024, November 1, 2024, and October 29, 2025, respectively. Insofar as the allegations purport to describe or summarize the information contained in the Governing Documents, the Republic respectfully refers the Court to the Governing Documents for their complete and accurate terms.

149.    No response is required because the Individual Holders' claims were dismissed by the Court's Order of September 29, 2025 and because the allegations in Paragraph 149 purport to state conclusions of law. To the extent any response is required, the Republic denies the allegations in Paragraph 149.

150.    No response is required because the Individual Holders' claims were dismissed by the Court's Order of September 29, 2025 and because the allegations in Paragraph 150 purport to state conclusions of law. To the extent any response is required, the Republic denies the allegations in Paragraph 150.

151.    No response is required because the Individual Holders' claims were dismissed by the Court's Order of September 29, 2025 and because the allegations in Paragraph 151 purport to state conclusions of law. To the extent any response is required, the Republic denies the allegations

in Paragraph 151 and states that it lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations regarding the purported understanding of Individual Holders.

152.    No response is required because the Individual Holders' claims were dismissed by the Court's Order of September 29, 2025 and because the allegations in Paragraph 152 purport to state conclusions of law.  To the extent any response is required, the Republic denies the allegations in Paragraph 152.

153.    No response is required because the Individual Holders' claims were dismissed by the Court's Order of September 29, 2025 and because the allegations in Paragraph 153 purport to state conclusions of law.  To the extent any response is required, the Republic denies the allegations in Paragraph 153.  Insofar as the allegations purport to describe or summarize the information contained in the Governing Documents, the Republic respectfully refers the Court to the Governing Documents for their complete and accurate terms.

154.    No response is required because the Individual Holders' claims were dismissed by the Court's Order of September 29, 2025 and because the allegations in Paragraph 154 purport to state conclusions of law.  To the extent any response is required, the Republic denies the allegations in Paragraph 154.

155.    No response is required because the Individual Holders' claims were dismissed by the Court's Order of September 29, 2025 and because the allegations in Paragraph 155 purport to state conclusions of law.  To the extent any response is required, the Republic denies the allegations in Paragraph 155.  Insofar as the allegations purport to describe or summarize the information contained in the Governing Documents, the Republic respectfully refers the Court to the Governing Documents for their complete and accurate terms.

156.    No response is required because the Individual Holders' claims were dismissed by the Court's Order of September 29, 2025 and because the allegations in Paragraph 156 purport to state conclusions of law.  To the extent any response is required, the Republic denies the allegations in Paragraph 156.  Insofar as the allegations purport to describe or summarize the information contained in the Governing Documents, the Republic respectfully refers the Court to the Governing Documents for their complete and accurate terms.

157.    No response is required because the Individual Holders' claims were dismissed by the Court's Order of September 29, 2025 and because the allegations in Paragraph 157 purport to state conclusions of law.  To the extent any response is required, the Republic denies the allegations in Paragraph 157.  Insofar as the allegations purport to describe or summarize the information contained in the Governing Documents, the Republic respectfully refers the Court to the Governing Documents for their complete and accurate terms.

158.    The Republic is not required to respond to Paragraph 158 because it contains no direct allegations of fact.  Inasmuch as Paragraph 158 incorporates allegations from Paragraphs 1 through 157, the Republic respectfully refers the Court to the Republic's answers to those paragraphs and incorporates those answers as if fully set forth herein.

159.    The allegations in Paragraph 159 purport to state conclusions of law to which no response is required.  To the extent any response is required, the Republic denies the allegations in Paragraph 159.

160.    The allegations in Paragraph 160 purport to state conclusions of law to which no response is required.  To the extent any response is required, the Republic denies the allegations in Paragraph 160.  Insofar as the allegations purport to describe or summarize the information

contained in the Governing Documents, the Republic respectfully refers the Court to the Governing Documents for their complete and accurate terms.

## RESPONSE TO PRAYER FOR RELIEF

No response is required to the Individual Holders' prayer for relief because the Individual Holders' claims were dismissed by the Court's Order of September 29, 2025. As for Plaintiff's prayer for relief, the Republic denies that Plaintiff is entitled to any relief in this action.

## AFFIRMATIVE AND OTHER DEFENSES

### FIRST DEFENSE
### FAILURE TO STATE A CLAIM

Plaintiff's claims are barred because the Complaint fails to state a claim upon which relief can be granted.

### SECOND DEFENSE
### CLAIMS BARRED BY IMPOSSIBILITY

Plaintiff's claims of nonperformance by the Republic are barred, in whole or in part, by the doctrine of impossibility, impracticability, and frustration of purpose.

### THIRD DEFENSE
### CLAIMS BARRED BY MUTUAL MISTAKE

Plaintiff's claims are barred, in whole or in part, by the doctrine of mutual mistake.

### FOURTH DEFENSE
### CLAIMS BARRED BY UNILATERAL MISTAKE

Plaintiff's claims are barred, in whole or in part, by the doctrine of unilateral mistake.

### FIFTH DEFENSE
### CLAIMS BARRED BY STATUTES OF REPOSE/LIMITATION

Plaintiff's claims are barred, in whole or in part, by the applicable statutes of repose and/or statutes of limitation.

**SIXTH DEFENSE**
**CLAIMS BARRED BY PRESCRIPTION CLAUSE**

Plaintiff's claims are barred, in whole or in part, by the prescription clause in the Governing Documents.

**SEVENTH DEFENSE**
**CLAIMS BARRED BY LACHES**

Plaintiff's claims are barred, in whole or in part, by the doctrine of laches.

**EIGHTH DEFENSE**
**CLAIMS BARRED BY UNCLEAN HANDS**

Plaintiff's claims are barred by the doctrine of unclean hands, having committed wrongdoing and harm to the detriment of the Republic.

**NINTH DEFENSE**
**CLAIMS BARRED BY ESTOPPEL AND WAIVER**

Plaintiff's claims are barred, in whole or in part, by equitable estoppel, waiver and/or other equitable doctrines.

**TENTH DEFENSE**
**CLAIMS BARRED BY INTERVENING OR SUPERSEDING CAUSES**

Plaintiff's claims are barred, in whole or in part, due to intervening or superseding causes. Plaintiff's injuries or damages, to the extent any exist, which the Republic expressly denies, were caused by independent superseding and intervening events for which the Republic cannot be held liable.

**ELEVENTH DEFENSE**
**CLAIMS BARRED BY UNJUST ENRICHMENT**

Plaintiff's claims are barred, in whole or in part, to the extent that any relief or recovery would unjustly enrich or constitute a windfall to Plaintiff.

**TWELFTH DEFENSE**
**CLAIMS BARRED BY FAILURE TO MITIGATE**

Plaintiff's claims are barred, in whole or in part, by Plaintiff's failure to mitigate, prevent, or avoid Plaintiff's alleged damages, if any, and therefore Plaintiff's recovery, if any, should be reduced to the extent such damages could and should have been mitigated, prevented, or avoided.

**THIRTEENTH DEFENSE**
**CLAIMS BARRED BY SPECULATIVE DAMAGES**

Plaintiff's claims for damages are barred, in whole or in part, because Plaintiff's alleged damages, if in fact any damages have been sustained, which the Republic expressly denies, are speculative and uncertain, and because of the impossibility of ascertaining and allocating those alleged damages.

**FOURTEENTH DEFENSE**
**NO RIGHT TO INDEMNIFICATION OR COMPENSATION OF PLAINTIFF**

Plaintiff's claims for indemnification and compensation, including costs and expenses of alleged collection of indebtedness, are barred, in whole or in part, to the extent it seeks relief in excess of that provided for in the Governing Documents.

**FIFTEENTH DEFENSE**
**CLAIMS BARRED BY CHAMPERTY AND MAINTENANCE**

Plaintiff's claims are barred, in whole or in part, by the doctrines of champerty and maintenance.

**RESERVATION OF RIGHTS**

The Republic presently has insufficient knowledge or information upon which to form a belief as to whether there may be other, as yet unstated, defenses available to the Republic, and therefore expressly (1) reserves the right to amend or supplement its Answer, defenses and all

other pleadings, and (2) reserves the right to assert any and all additional defenses under any applicable law in the event that discovery indicates such defenses would be appropriate.

**PRAYER FOR RELIEF**

WHEREFORE, the Republic respectfully requests that the Court (1) dismiss Plaintiff's claims against the Republic in their entirety and with prejudice; (2) award the Republic the costs, disbursements and attorneys' fees incurred by the Republic in defending this action, to the extent authorized by law; and (3) grant such other and further relief as it may deem just and proper.

Dated: November 12, 2025
New York, New York

Respectfully submitted,

*/s/ Robert J. Giuffra, Jr.*
Robert J. Giuffra, Jr.
Sergio J. Galvis
Amanda F. Davidoff
Thomas C. White

SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004-2498
Telephone:    (212) 558-4000
Facsimile:    (212) 558-3588

*Counsel for the Republic of Argentina*