UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

AURELIUS CAPITAL MASTER, LTD.;
ACP MASTER, LTD.; AURELIUS
OPPORTUNITIES FUND, LLC; 683
CAPITAL PARTNERS, LP; ADONA LLC;
EGOZ I LLC; EGOZ II LLC; MASTERGEN,
LLC; ERYTHRINA, LLC; AP 2016 1, LLC;
AP 2014 3A, LLC; AP 2014 2, LLC; WASO
HOLDING CORPORATION; TWO SEAS
GLOBAL (MASTER) FUND LP; VIRTUAL
EMERALD INTERNATIONAL LTD.; and
THE BANK OF NEW YORK MELLON,
solely in its capacity as Trustee,

                    Plaintiffs,

                    v.

THE REPUBLIC OF ARGENTINA,

                    Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

      Case No.: 1:23-CV-10838 (LAP)

## STIPULATION AND ORDER

Plaintiff The Bank of New York Mellon, solely in its capacity as Trustee ("Plaintiff"), and Defendant The Republic of Argentina (the "Republic" and, together with Plaintiff, the "Parties"), through their respective counsel, hereby stipulate and agree as follows:

WHEREAS, the Parties have met and conferred pursuant to FED. R. CIV. P. 26(f) and have agreed upon a schedule for discovery in this action;

IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN the undersigned counsel as follows:

4928-8052-3172.1

1.     The following schedule shall govern discovery in this action:

| Event | Date |
|---|---|
| Parties to exchange initial disclosures by: | April 27, 2026 |
| Parties to serve initial requests for production and interrogatories by: | May 4, 2026 |
| Deadline after which amended pleadings may not be filed and additional parties may not be joined except with leave of Court: | May 29, 2026 |
| Parties to complete document discovery by: | March 15, 2027 |
| Parties to complete fact witness depositions: | July 6, 2027 |
| Close of fact discovery: | July 6, 2027 |
| Parties to serve Requests for Admission by: | July 13, 2027 |
| Parties to meet and confer regarding topics on which each party intends to serve an opening expert report by: | July 23, 2027 |
| Parties to designate expert witnesses and serve opening expert reports by: | August 24, 2027 |
| Parties to serve rebuttal expert reports by: | October 19, 2027 |
| Parties to serve expert reply reports by: | November 16, 2027 |
| Close of expert discovery: | January 11, 2028 |

2.     The Parties may rely on documents and testimony from *Aurelius Capital Master, Ltd. v. The Republic of Argentina*, No. 1:19-cv-00351 (LAP) (S.D.N.Y.), and the related consolidated cases, subject to entry of a protective order in this action, which will govern the use of that prior discovery material.

3.     The above deadlines shall apply, but may be extended by written consent of the Parties without application to the Court, provided that (i) fact discovery is completed by July 6, 2027, and (ii) expert discovery is completed by January 11, 2028.

4.      Subject to the above schedule, the Parties will conduct discovery in accordance with the Federal Rules of Civil Procedure, the Local Rules of the U.S. District Court for the Southern District of New York, and the Individual Practices of Judge Loretta A. Preska.

Dated:  April 27, 2026

_s/ Robert J. Giuffra, Jr._
Robert J. Giuffra, Jr.
Sergio J. Galvis
Amanda Flug Davidoff
Thomas C. White

SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004-2498
Telephone:    (212) 558-4000
Facsimile:    (212) 558-3588

_Counsel for Defendant_
_The Republic of Argentina_

_s/ Edward A. Friedman_
Edward A. Friedman
Daniel B. Rapport
Jeffrey C. Fourmaux
Michael S. Palmieri
Harry J. Liberman

FRIEDMAN KAPLAN SEILER
ADELMAN & ROBBINS LLP
7 Times Square
New York, New York  10036
Telephone:  (212) 833-1100
Facsimile:   (212) 833-1250

_Counsel for Plaintiff The Bank of New York_
_Mellon, solely in its capacity as Trustee_

IT IS SO ORDERED, this 5th day of May, 2026:

Hon. Loretta A. Preska
United States District Judge

-3-

4928-8052-3172.1