# EXHIBIT 3

**From:** Fourmaux, Jeffrey C.
**Sent:** Friday, September 25, 2026 3:13 PM
**To:** 'Schultz, Arturo C.'
**Cc:** Giuffra Jr., Robert J.; Galvis, Sergio J.; Davidoff, Amanda Flug; White, Thomas C.; Rose, Elizabeth A.; Zapata, Arturo; Taratuta-Titus, Rachel G.; Boriz Carrasco, Camila; Song, Qingyang; Friedman, Edward A.; Rapport, Daniel B.; Palmieri, Michael S.; Liberman, Harry
**Subject:** Aurelius Capital Master, Ltd. et al. v. The Republic of Argentina, No. 23 Civ. 10838 (S.D.N.Y.) (LAP)

Dear Arturo,

We spoke with you for two hours on the meet-and-confer calls conducted on Thursday, September 24. As discussed at the end of the calls, we will need to have a further call to address other issues that were not reached on Thursday and to continue the discussion on questions that you advised you would take back to your client. There are, however, two particular issues of central importance on which the Trustee needs definitive answers from the Republic without delay:

**1.** As to the Trustee's document requests concerning the Manufactured Information (or "Newly-published 1993 Series," as you call it) (*i.e.*, RFP 24 and the related requests in RFPs 25-39), **please advise by 5pm on Tuesday, September 29 whether the Republic will or will not produce the entirety of INDEC's working files and work papers for the Manufactured Information, without any date restriction and without limiting the collection or production to materials you unilaterally deem relevant, and without limitation to any keyword searches. Yes or no?**

The Republic has put the bona fides of the Manufactured Information squarely at issue by proffering it as a substitute for the contractually-required 1993 Series data (Am. Compl. ¶ 116), moving to dismiss on the basis of it (ECF No. 39 at 11-12 n.7), and repeatedly invoking it in its answer (ECF No. 52 ¶¶ 19, 116-17, 148). Discovery into the building blocks of the Manufactured Information is centrally relevant to that question. Further, there is no basis to exclude documents concerning Manufactured Information figures for years before or after 2017-22. Each year in the series builds upon the prior year, and the Trustee is entitled to know whether, among other things, there have been errors in the series or changes in data or methodology.

INDEC certainly has working files containing the work papers for the Manufactured Information. Those working files can be found and collected by asking the relevant custodians (which the Republic has sworn in its responses to Interrogatory Nos. 2 and 3 amount to only three living individuals) to identify for you the locations of those working files, and then copying them. The Trustee rejects the Republic's proposal that it will only collect documents by applying "search parameters" if (as we suppose) you mean a list of keyword search strings with some date restriction ending well before the present (be it June 9, 2023 to July 1, 2024, or otherwise). The Republic should also conduct a key-word search for emails and other documents concerning the Manufactured Information, but there is no reason that the working files and work papers cannot and should not be located through appropriate custodial inquiries. Whether by design or effect, that proposal for selective collection by keyword search can only artificially exclude relevant, discoverable information on a matter of central relevance in the case, when the custodians involved in their preparation undoubtedly know exactly where they keep such files in the course of their work. There is nothing unduly

burdensome or disproportionate about asking the three living individuals you have identified where the files are located, and then copying them.

For the avoidance of doubt, “work papers” comprise precisely the types of papers listed in your September 11 letter (at p. 16)—“documents concerning the production of the Newly-published 1993 Series, the selection of data and published detail, INDEC’s working files and calculations, the data and surveys used, the models and manuals applied, the methodology disclosed, and the materials supporting Annex I to INDEC’s July 1, 2024 publication,” including “deflators; …; reference baskets and sector classifications; product-level taxes and subsidies; allocations of direct taxes and financial-intermediation services; accrued-versus-cash taxes; and specified direct-tax series.” “Working files” means the electronic and paper files where such work papers are kept.

**2.** As to the Trustee’s document requests concerning the Original and Revised 2004 Series (which are included within—but do comprise the entire scope of—RFP 12 and the related national-account statistics requests in RFPs 9-23 and 40-41), **please advise by 5pm on Tuesday, September 29 whether the Republic will or will not produce the entirety of INDEC’s working files and work papers for both the Original and Revised 2004 Series, without any date restriction, without limiting the collection or production to materials you unilaterally deem relevant, without limitation to what you (if anything) you deem to be not publicly available, and without limitation to any keyword searches. Yes or no?**

The Republic concedes that the Manufactured Information was created using data and methodologies from the Revised 2004 Series (ECF No. 39 at 8). The Republic nonetheless refuses to provide discovery about the Revised 2004 Series because you claim that the IMF supposedly confirmed the reliability of its methodology and there is publicly available data for the series. Neither objection has any merit. First, the IMF has not commented on whether the Revised 2004 Series is an appropriate substitute for the 1993 Series or basis upon which to compose the Manufactured Information. Indeed, the Republic submitted an affidavit in the English litigation which specifically explained why no version of the 2004 Series is an appropriate substitute for the 1993 Series and methodology. The Trustee is entitled to explore for itself whether the Revised 2004 Series is an appropriate starting point to construct figures for the 1993 Series. And to do that, the Trustee is entitled to more than just the publicly available data. It is entitled to all the working files and work papers. None of that is public.

The Original 2004 Series is also relevant. The Republic has admitted that it used many of the same data sources for both the 1993 and Original 2004 Series. Given the Republic’s contention that it has otherwise destroyed everything related to the 1993 Series, the Original 2004 Series is a reasonable resource for information about the 1993 Series. And to the extent that the Revised 2004 Series deviates from the Original 2004 Series, the Trustee is entitled to explore whether that represents a further departure from the 1993 Series. We would also note that the Republic has failed to explain why the Manufactured Information differs so radically from the 1993 Series. The Trustee is entitled to explore the extent to which changes between the Original and Revised 2004 Series account for that difference.

As with the working files for the Manufactured Information, the working files for the Original and Revised 2004 Series should be readily accessible without undue burden and without the need to resort to keyword searches that might limit the scope of discovery.

If we do not receive simple “Yes” answers to these two simple questions by 5pm on Tuesday, September 29, we will consider the parties to be at an impasse on these issues and will promptly seek judicial relief.

As to other issues raised by the Republic's responses and objections to the Trustee's discovery requests, we are available for a further meet-and-confer call between 10am and 4pm on Monday, September 28 or between 10am and 4pm on Tuesday, September 29. Please let us know your availability.

We look forward to hearing from you.

Thank you,
Jeff

**Jeffrey C. Fourmaux**

FRIEDMAN KAPLAN

**Friedman Kaplan Seiler Adelman & Robbins LLP**
7 Times Square
New York, NY 10036-6516
jfourmaux@fklaw.com
212.833.1190
**fklaw.com**

This transmission may be a confidential attorney-client communication or may otherwise be privileged or confidential. If you are not the intended recipient, please do not read, copy, or re-transmit this communication. If you have received this communication in error, please notify us by replying to the sender of this message, and delete this message (and your reply) and any attachments.