# EXHIBIT A

# Statement by the IMF Executive Board on Argentina

**August 31, 2016**

- Executive Board met to consider Argentina's progress in improving quality of official GDP and CPI data
- Board noted the authorities' extraordinary efforts and important progress made in strengthening accuracy of statistics
- With continued progress and a positive report by the Managing Director, the Board would be in a position to lift the Declaration of Censure in November

The Executive Board of the International Monetary Fund (IMF) met today to consider the Managing Director's report on Argentina's progress in improving the quality of the official data reported to the Fund for the Consumer Price Index (CPI) and Gross Domestic Product (GDP).

At the meeting, the Executive Board noted the authorities' extraordinary efforts and important progress made in strengthening the accuracy of Argentina's statistics. A revised series for GDP has been produced that is broadly in line with international standards, and a new CPI series has been launched that aims to address the inaccuracies in the previous index. Directors commended the transparency with which national statistics agency (INDEC) officials have undertaken the process.

Beyond the advances regarding the quality of the data, the Executive Board also commended the authorities' intention to strengthen the national statistics agency, including by rebuilding the agency's human capital, reviewing its methodological practices, and engaging with users constructively by providing information in a transparent manner.

The Executive Board judged that more information was needed to fully assess how the new CPI index will perform in practice and that more time was necessary for capacity building and to strengthen methodological foundations. In this context, the Board instructed staff to continue the collaboration with the authorities to address the remaining methodological issues, and welcomed the opportunity to provide technical advice and assistance to INDEC over the next few months. As a result, IMF staff will remain engaged with the authorities on this issue including during the upcoming mission for the Article IV consultation in September.

The Managing Director is expected to report to the Board on this matter by November 15, 2016. In light of the positive steps taken by the Argentine authorities, with continued progress and with a positive report to the Board by the Managing Director, the Executive Board would be in a position to lift the Declaration of Censure at that time.

**IMF Communications Department**

MEDIA RELATIONS

**PRESS OFFICER:** RAPHAEL ANSPACH

**PHONE:** +1 202 623-7100 | **EMAIL:** MEDIA@IMF.ORG