# EXHIBIT 5

**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AURELIUS CAPITAL MASTER, LTD.; ACP MASTER, LTD.; AURELIUS OPPORTUNITIES FUND, LLC; 683 CAPITAL PARTNERS, LP; ADONA LLC; EGOZ I LLC; EGOZ II LLC; MASTERGEN, LLC; ERYTHRINA, LLC; AP 2016 1, LLC; AP 2014 3A, LLC; AP 2014 2, LLC; WASO HOLDING CORPORATION; TWO SEAS GLOBAL (MASTER) FUND LP; VIRTUAL EMERALD INTERNATIONAL LTD. and THE BANK OF NEW YORK MELLON, solely in its capacity as Trustee,<br><br>Plaintiffs,<br><br>- against -<br><br>THE REPUBLIC OF ARGENTINA,<br><br>Defendant. | Case No.: 1:23-CV-10838 (LAP)<br><br>The Honorable Loretta A. Preska |

**DEFENDANT THE REPUBLIC OF ARGENTINA'S**
**INITIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(A)(1)**

Defendant the Republic of Argentina (the "Republic"), by its undersigned attorneys, provides the following initial disclosures to Plaintiff,[1] pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure in connection with the above-captioned action. The Republic

[1] On September 29, 2025, the Court issued an Order (Dkt No. 49) dismissing all claims brought by Aurelius Capital Master, Ltd.; ACP Master, LTD.; Aurelius Opportunities Fund, LLC; 683 Capital Partners, LP; Adona LLC; Egoz I LLC; Egoz II LLC; Mastergen, LLC; Erythrina, LLC; AP 2016 1, LLC; AP 2014 3A, LLC; AP 2014 2, LLC; Waso Holding Corporation; Two Seas Global (Master) Fund LP; and Virtual Emerald International LTD. The only remaining Plaintiff in this action is The Bank of New York Mellon, solely in its capacity as Trustee. The Court also dismissed The Bank of New York Mellon's claims for Reference Years 2014 to 2016.

expressly reserves the right to amend or supplement these disclosures and to object to any subsequent discovery requests by Plaintiff, even if directed to subject matters described herein.

By making these initial disclosures, the Republic does not waive its right to assert any potential defenses in these actions. The Republic also makes these initial disclosures subject to and without waiving any attorney-client privilege, attorney work product protection, joint defense privilege, Argentine data privacy and statistical secrecy laws, or any other applicable privilege or discovery protection. In addition, the Republic makes these disclosures without waiving any argument concerning the relevance, authenticity or admissibility of, or the proper weight to be accorded to, any of the disclosed information. The Republic reserves the right to object on any ground to any use of these disclosures in this action or any other action, case or proceeding. These disclosures should not be taken as an admission that the Republic accepts or admits the existence of any fact or allegation set forth or assumed by Plaintiff.

## I. Individuals Likely to Have Discoverable Information (Fed. R. Civ. P. 26(a)(1)(A)(i))

Pursuant to Rule 26(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Republic identifies the following individuals and entities as likely to have discoverable information that the Republic may use to support its claims or defenses, other than for impeachment purposes:[2]

[2] The inclusion of a named individual or entity herein is not a statement by the Republic that the named individual or entity necessarily has discoverable information or possession, custody or control of discoverable documents. The description in these lists of the subject matter of the information that the Republic might obtain from an individual or entity refers to the principal subject matter of that information and does not exclude other subjects that might be relevant to claims or defenses in this action.

| Name, Title | Contact Information | Subject Matter |
|---|---|---|
| Pedro Ignacio Lines<br>Director of INDEC (February 4, 2026 – present);<br>Technical Director of INDEC (April 1, 2018 – February 2026);<br>National Director of International Accounts (January 2016 – March 2018) | Av. Presidente Julio Argentino Roca 609, Buenos Aires, Argentina | Calculation and publication of GDP data |
| Marisa Wierny<br>National Director of National Accounts, INDEC (January 2016 – present);<br>Coordinator of National Accounts Division for the Manufacturing Industry, INDEC (1993 – 2009) | Av. Presidente Julio Argentino Roca 609, Buenos Aires, Argentina | Calculation and publication of GDP data |
| Individuals who provided documents and/or deposition testimony in the Reference Year 2013 U.S. Litigation[3] | To be determined | History and creation of the GDP-linked Securities; Advice from the IMF to INDEC to change the base year for calculating real GDP; INDEC's decision to change the base year for calculating real GDP; Calculation and publication of GDP data |
| Officials of the Ministry of Economy | Av. Hipólito Yrigoyen 250, Buenos Aires, Argentina | Analysis and calculation of the payment conditions for Reference Years 2017-2024 |
| Officials of INDEC | Av. Presidente Julio Argentino Roca 609, Buenos Aires, Argentina | Calculation and publication of GDP data |
| Any individual who gives deposition testimony in this action | To be determined | Analysis and calculation of the payment conditions for Reference Years 2017-2024; Calculation and publication of GDP data |

The Republic specifically reserves the right to identify additional witnesses as its investigation and discovery proceeds in these actions. In particular, the Republic believes that persons or entities identified by Plaintiff in its initial disclosures also may have discoverable information and/or documents that the Republic may use to support its claims or defenses.

## II. Documents Within The Republic's Possession, Custody or Control That It May Use to Support Its Claims or Defenses (Fed. R. Civ. P. 26(a)(1)(A)(ii))

In order to support its claims or defenses, other than solely for impeachment purposes, the Republic may use publicly available information and documents identified in the reasonably accessible files of the Republic in the Ministry of Economy and INDEC in Buenos Aires, Argentina, including, but not limited to[4] documents and communications concerning (i) the history and creation of the GDP-linked Securities; (ii) INDEC's decision to change the base year for calculating real GDP; (iii) the analysis and calculation of the GDP-linked Securities' payment conditions for Reference Years 2017-2024; and (iv) INDEC's calculation and publication of GDP in the 2004 base year prices and the 1993 base year prices for Reference Years 2017 through 2024.

## III. Computation of Damages (Fed. R. Civ. P. 26(a)(1)(A)(iii))

The Republic makes no disclosure pursuant to Rule 26(a)(1)(A)(iii). The Republic does not waive its right to seek attorneys' fees, costs, and disbursements to the extent permitted

---

[3] The "Reference Year 2013 U.S. Litigation" refers to the following actions: (i) *Aurelius Capital Master, Ltd.* v. *The Republic of Argentina*, No. 19 Civ. 351 (LAP) (S.D.N.Y.); (ii) *Novoriver S.A.* v. *Argentine Republic*, No. 19 Civ. 9786 (LAP) (S.D.N.Y.); (iii) *ACP Master, Ltd.* v. *The Republic of Argentina*, No. 19 Civ. 10109 (LAP) (S.D.N.Y.); (iv) *683 Capital Partners, LP* v. *The Republic of Argentina*, No. 19 Civ. 10131 (LAP) (S.D.N.Y.); (v) *Adona LLC, Egoz I LLC, Egoz II LLC, Mastergen, LLC, Erythrina, LLC, AP 2016 1, LLC, AP 2014 3A, LLC, AP 2014 2, LLC, and WASO Holding Corp.* v. *The Republic of Argentina*, No. 19 Civ. 11338 (LAP) (S.D.N.Y.); and (vi) *Ape Group SPA, Romano Consulting SPA, Icaro SRL, and Elazar Romano* v. *The Republic of Argentina*, No. 20 Civ. 10409 (LAP) (S.D.N.Y.).

[4] The inclusion of a category of information on these lists is not a statement by the Republic that the category of information necessarily exists, is discoverable, or would be admissible at trial.

under applicable law. The Republic does not waive its right to seek recovery, through indemnification, contribution or otherwise, in the event that Plaintiff successfully recovers any amount from the Republic in connection with its claims.

**IV. Insurance Agreements (Fed. R. Civ. P. 26(a)(1)(A)(iv))**

The Republic is not aware of any applicable insurance agreement pursuant to which an insurance business may be liable to satisfy all or part of a possible judgment this action or to indemnify or reimburse for payments made to satisfy any judgment.

Dated: April 27, 2026
New York, New York

/s/ *Robert J. Giuffra, Jr.*

Robert J. Giuffra, Jr.
Sergio J. Galvis
Amanda F. Davidoff
Thomas C. White

SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004-2498
Telephone: (212) 558-4000
Facsimile: (212) 558-3588

*Counsel for the Republic of Argentina*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 27, 2026, I caused the foregoing to be served via email on all counsel of record in the above-captioned action.

/s/ *Robert J. Giuffra, Jr.*
Robert J. Giuffra, Jr.
Sergio J. Galvis
Amanda F. Davidoff
Thomas C. White

SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004-2498
Telephone: (212) 558-4000
Facsimile: (212) 558-3588

*Counsel for the Republic of Argentina*