# EXHIBIT 6

HIGH COURT OF JUSTICE
29 Oct 2026
THE BUSINESS & PROPERTY COURTS OF ENGLAND & WALES

FL-2019-000010

**IN THE HIGH COURT OF JUSTICE**
**BUSINESS AND PROPERTY DIVISION**
**COMMERCIAL COURT**
**FINANCIAL LIST**

**BEFORE: Mr Justice Waksman**

**DATED: 9 October 2026**

**B E T W E E N:**

**(1) PALLADIAN PARTNERS L.P.**
**(2) HBK MASTER FUND L.P.**
**(3) HIRSH GROUP LLC**
**(4) VIRTUAL EMERALD INTERNATIONAL LIMITED**

**Claimants**

**-and-**

**(1) THE REPUBLIC OF ARGENTINA**
**(2) THE BANK OF NEW YORK MELLON (as Trustee)**

**Defendants**

---

**ORDER**

---

**UPON** the Court having given judgment [2023] EWHC 711 (Comm) on 5 April 2023

**AND UPON** the hearing of consequential matters on 8 and 9 June and 27 July 2023, following which Mr Justice Picken made an Order dated 9 June 2023 (the "**9 June 2023 Order**"), ordering that the First Defendant (the "**Republic**") shall by way of specific performance publish or cause to be published GDP in 1993 Year of Base Prices for Reference Years 2014 onwards in accordance with paragraphs 18(a)(i) and 18(b)(i) of the 9 June 2023 Order

**AND UPON** the application of the Claimants dated 13 March 2026 (the "**Application**")

**AND UPON** the directions Order of Mr Justice Robin Knowles CBE dated 9 May 2026

**AND UPON** reading the Sixteenth Witness Statement of Aidan Alexander O'Rourke dated 5 October 2026 and the Third Witness Statement of Harriet Rose Middleditch dated 5 October 2026

**AND UPON** the Republic stating in Sullivan & Cromwell's letter to Quinn Emanuel dated 7 October 2026 that there were no exchanges between the Republic and the IMF regarding the New 1993 series, and that the IMF has not provided technical assistance in this regard

**AND UPON** the Republic agreeing in Sullivan & Cromwell's letter to Quinn Emanuel dated 8 October 2026 to disclose documents sufficient to identify the industry classifications used in the original 1993 series, the 2004 series, and the new 1993 series (Request 11 to Annex 1 to this Order) by no later than 30 October 2026, on the basis that if documents can be obtained before then they will be disclosed in advance

**AND UPON** hearing Alex Barden KC and James Shaerf for the Claimants and David Railton KC, Samuel Ritchie, and Francesca Ruddy for the First Defendant

**<u>IT IS ORDERED THAT:</u>**

1. The Claimants' Model C disclosure requests are approved in the form set out in Annex 1 to this Order.

2. The Republic's Model C disclosure requests are approved in the form set out in Annex 2 to this Order.

3. As to the Republic's statement recorded in the sixth recital to this Order, the Republic by its solicitors will identify: (1) the individuals within the Republic who provided the confirmation; and (2) what their responsibilities were in relation to dealing with the IMF, by Friday 16 October 2026.

4. As to the Republic's statement recorded in the seventh recital to this Order, the Republic will disclose any documents in response to the Claimants' Request 11, as set out in Annex 1, by no later than 30 October 2026.

5. Costs in the Application.

**Annex 1 – Claimants' approved Model C disclosure requests**

| | **Request** |
|---|---|
| 1. | Documents concerning the production and publication of New 1993 GDP and documents produced or referred to in the course of estimating New 1993 GDP, or that record the methodology used for estimating New 1993 GDP, from June 2023 to October 2025, to include:<br><br>A. Documents showing the Republic's consideration of the extent to which the 1993 YOBP Methodology could (or could not) still be applied to Reference Year 2014 and following; including the availability or unavailability of methodology documents, working documents and data sources (**Grounds/15–16; Opposition/16, 28, 35, 36, 43, 48; Reply/6(d), 12, 16, 17(d)**).<br><br>B. Documents showing how the Republic came to the decision to adopt the methodology it has used for New 1993 GDP, and whether and why it considered it to be the closest possible approximation to the 1993 YOBP Methodology (**Grounds/15–16; Opposition/39.1–39.5, 40–42, 53; Reply/6(d), 12, 17(d)**).<br><br>C. Documents assessing alternative options or approaches to preparing New 1993 GDP, and/or comparing such options to the approach ultimately adopted (**Grounds/15–16; Opposition/43.1–43.2; Reply/6(d), 17(d)**).<br><br>D. Documents analysing or comparing New 1993 GDP against either of GDP in 1993 YOBP and/or GDP in 2004 YOBP, including any comparison of the respective methodologies used and of the respective results (**Grounds/15–16; Opposition/40–42, 47–51, 54–55; Reply/6(d), 17(d)**).<br><br>E. Documents setting out for the staff tasked with preparing New 1993 GDP the precise methodology which in each case they were required to use (to include any methodology documents, operational models, files or spreadsheets, procedural manuals or instructions on data collection) (**Grounds/15–16; Opposition/35, 38–39, 40-41; Reply/17(d)**).<br><br>F. Documents showing the Republic's consideration and conclusions as to how the methodology for New 1993 GDP should address or avoid replicating the alleged effects of CPI data on the calculation of GDP in the period from 2007 onwards, to include the Republic's consideration and conclusions as to whether, and if so to what extent, CPI data did not accurately state the level of inflation (**Opposition/51–52; Reply/6(d), 22(c)-(d)**). |
| 2. | Documents setting out for the staff tasked with preparing GDP in 1993 YOBP, the methodology which they were required to use, to the extent collected and/or produced as part of the Republic's trial disclosure exercise (**Grounds/15–16; Opposition/35, 38–39, 40-41; Reply/17(d)**). |
| 3. | Communications and documents sent by the Republic and received from the IMF from 2006 to 2016 about, or in connection with, the quality and reliability of the Republic's CPI data, to the extent such communications and documents were collected and/or produced as part of the Republic's trial disclosure exercise. |
| 4. | Documents showing how CPI data was used in the calculation of Actual Real GDP in the 1993 YOBP Methodology from Reference Year 2006 up to and including Reference Year 2013, to the extent such documents were collected and/or produced as part of the Republic's trial disclosure exercise (**Opposition/35, 50; Reply/6(d), 22(c)-(d)**). |

| | |
|---|---|
| 5. | Documents recording the components of CPI (and CPI total) in the period 2004 to 2016 (**Opposition/50–52; Reply/22**), to include documents recording such CPI data when it allegedly understated inflation and when it allegedly did not understate inflation. |
| 6. | Documents recording amendments to the components of CPI (and CPI total) for the period 2004 to 2016 (**Opposition/50–52; Reply/22**). |
| 7. | Documents sufficient to identify, at the most detailed level of disaggregation specified in the industry classifications provided in response to Request 11, the data comprising, or used to calculate or estimate, national accounts statistics for GDP on both the production and expenditure basis for the Republic in GDP in 1993 YOBP, New 1993 GDP (including from 2004 to 2012) to October 2025, and GDP in 2004 YOBP to October 2025 (**Grounds/21–22; Opposition/39.1 (and fn.16), 40, 42; Reply/28**). For GDP in 1993 YOBP, only to the extent such documents were collected and/or produced as part of the Republic's trial disclosure exercise. |
| 8. | Documents sufficient to identify, at the most detailed level of disaggregation specified in the industry classifications provided in response to Request11, the prices and value of individual goods and services in GDP in 1993 YOBP and GDP in 2004 YOBP (**Grounds/21–22; Opposition/35, 43.1; Reply/28**). For GDP in 1993 YOBP, only to the extent such documents were collected and/or produced as part of the Republic's trial disclosure exercise. For GDP in 2004 YOBP until October 2025. |
| 9. | Documents describing the data sources that remained the same between GDP in 1993 YOBP and GDP in 2004 YOBP and the data sources that changed. In relation to each data source, documents describing the relevant products, services and activities that it was used to estimate at the most detailed level of disaggregation specified in the industry classifications provided in response to Request 11 (**Grounds/21–22; Opposition/40; Reply/23, 28**). For GDP in 1993 YOBP, only to the extent such documents were collected and/or produced as part of the Republic's trial disclosure exercise. For GDP in 2004 YOBP until October 2025. |
| 10. | Data used to prepare and documents produced in the course of preparing the 'nowcasting' models of Argentina's GDP presented in the following academic papers, if and to the extent such data and documents are provided by BCRA to the Republic (**Grounds/21–22; Reply/28**):<br>i. Emilio Blanco, Laura D'Amato, Fiorella Dogliolo and Lorena Garegnani, '*Nowcasting GDP in Argentina: Comparing the Predictive Ability of Different Models*' (Central Bank of the Argentine Republic Economic Research Working Paper No 74, December 2017); and<br>ii. Emilio Blanco, Laura D'Amato, Fiorella Dogliolo and Lorena Garegnani, '*Nowcasting of Macroeconomic Aggregates in Argentina: Comparing the Predictive Ability of Different Models*' (Central Bank of the Argentine Republic Research Paper No 90, 2021). |
| 11. | Documents sufficient to identify the industry classifications used for GDP in 1993 YOBP, GDP in 2004 YOBP, and New 1993 GDP (**Grounds/21–22; Reply/28**). |
| 12. | Publicly available data (including data as previously published to the extent still available and if provided by the provinces) showing economic activity by province including but not limited to value added and GRP by province, using 1993 prices, for the months, quarters and years from 2004 to 2015 (**Grounds/21–22; Reply/28**). |

## Annex 2 – Republic's approved Model C disclosure requests

| | **Request** |
|---|---|
| 1. | In relation to the IGA series for the period 2014 to 2024 (inclusive):<br>(i) documents evidencing the input series (for all sectors) and data sources for the production of the IGA series over the relevant period<br>(ii) documents evidencing the full specification of the linear regression model used for the production of the IGA over the relevant period; and<br>(iii) documents evidencing any updates made to that model (as regards new data and weights) over the relevant period (**Grounds/22.2(b)**). |
| 2. | In relation to the Claimants' reliance on the IGA series for the period 2014 to 2024 (inclusive):<br>(i) documents referencing the reliability of the IGA series as a proxy for GDP in 1993 YOBP produced using the Original 1993 YOBP methodology;<br>(i) documents evidencing any back-testing, correlation runs, or validation exercises performed by or for the Claimants using the IGA series; and<br>(ii) documents evidencing the IGA input series, regression specification, and weightings already held by the Claimants, Mr Davies or their solicitors (**Grounds/22.2(b)**). |
| 3. | The factual data, datasets, and source materials (excluding privileged communications and draft reports) provided to Mr Davies or used by him as inputs for the purposes of his Fifth Expert Report (**Grounds/18**). |
| 4. | On each of the following dates, documents sufficient to show the Claimant's current holdings of the Securities as of that date: (i) 11 December 2026 (or such other date as is agreed or ordered for the giving of disclosure); and (ii) 28 days before the hearing of the Application (**Grounds 3**). |